| | |
|---|---|
| 1 | SANDRA C. ISOM, Bar No. 157374 |
| | FEDERAL EXPRESS CORPORATION |
| 2 | 3620 Hacks Cross Road |
| | Building B, Third Floor |
| 3 | Memphis, Tennessee 38125 |
| | Telephone:   901-434-8526 |
| 4 | Fax No.:   901-434-9271 |
| | E-mail: scisom@fedex.com |
| 5 | |
| | KEITH A JACOBY, Bar No. 150233 |
| 6 | LITTLER MENDELSON |
| | A Professional Corporation |
| 7 | 2049 Century Park East, 5th Floor |
| | Los Angeles, CA  90067-3107 |
| 8 | Telephone:   310-553-0308 |
| | Fax No.:   310-553-5583 |
| 9 | E-mail: kjacoby@littler.com |

**FILED**
'07 MAY 10 AM 11: 27
RICHARD W. WIEKING
U.S. DISTRICT COURT
N. DIST. OF CALIFORNIA

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

**E-filing**

**EDL**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**C 07   2505**

PAUL BIBO, an individual, and
GEORGIA SHIELDS, an individual,
and ALEX GALVEZ, an individual,
MARC GARVEY, an individual;
BRYAN PETER, an individual,
individually and on behalf of all
other similarly situated,

  Plaintiffs,

  v.

FEDERAL EXPRESS INC., a
Delaware Corporation, and DOES
1-500, inclusive,

  Defendants.

Case No. CGC-07-460845

**DECLARATION OF SANDRA C. ISOM OF FILING NOTICE TO STATE COURT OF REMOVAL TO FEDERAL COURT**

## DECLARATION OF SANDRA C. ISOM

I, Sandra C. Isom, declare and state as follows:

1.  I am a Senior Counsel for Defendant Federal Express Corporation in the above-entitled matter. I am admitted to practice law before all courts in the State of California including the United State District Court for the Northern District and I am lead counsel representing Defendant in this action.

2.  On May 10, 2007, pursuant to 28 U.S.C. § 1446(d), I caused to be filed with the Clerk of the Superior Court of the State of California for County of San Francisco a Notice to State Court of Removal to Federal Court, together with a copy of the Notice to Federal Court of Removal of Civil Action and a copy of the Notice To Adverse Party of Removal to Federal Court by causing said documents to be duly delivered by messenger to the Deputy Clerk at the filing window of the Superior Court for the County of San Francisco.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 10, 2007 at Memphis, Tennessee.

_____
SANDRA C. ISOM

Doc# 644275

2   Isom Dec. of Filing Notice to State Court of Removal to Federal Court

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles CA 90067.3107
310 553 0308