1  SANDRA C. ISOM, Bar No. 157374
2  FEDERAL EXPRESS CORPORATION
   3620 Hacks Cross Road
3  Building B, Third Floor
   Memphis, Tennessee 38125
4  Telephone:   901-434-8526
   Fax No.:     901-434-9271
5  E-mail: scisom@fedex.com

6  KEITH A JACOBY, Bar No. 150233
   LITTLER MENDELSON
7  A Professional Corporation
   2049 Century Park East, 5th Floor
8  Los Angeles, CA 90067-3107
   Telephone:   310-553-0308
9  Fax No.:     310-553-5583
   E-mail: kjacoby@littler.com
10
   Attorneys for Defendant
11 FEDERAL EXPRESS CORPORATION

12                    UNITED STATES DISTRICT COURT
13                   NORTHERN DISTRICT OF CALIFORNIA
14
   PAUL BIBO, an individual, and          Case No. CGC-07-4608 / C-07-02505
15 GEORGIA SHIELDS, an individual,
   and ALEX GALVEZ, an individual,        **DECLARATION OF LEILA M.
16 MARC GARVEY, an individual;            HASSAN ON DEFENDANT FEDERAL
   BRYAN PETER, an individual,            EXPRESS CORPORATION'S NOTICE
17 individually and on behalf of all      OF REMOVAL**
   other similarly situated,
18
                  Plaintiffs,
19
        v.
20
   FEDERAL EXPRESS INC., a
21 Delaware Corporation, and DOES
   1-500, inclusive,
22
                  Defendants.
23

24
25
26
27
28

HASSAN DEC. ON NOTICE OF REMOVAL OF ACTION

I, Leila M. Hassan, declare and state as follows:

1. I am a paralegal employed by Federal Express Corporation (FedEx). I make this Declaration in support of Defendant Federal Express Corporation's Notice of Removal. I am a Custodian of Records and have personal knowledge of the facts set forth in this Declaration and, except as stated herein on information and belief, and if called as a witness, I could and would testify competently to each fact.

2. Attached hereto as Exhibit A is an internal report that reflects that from April 1, 2006 through May 7, 2006, there were a total of 5928 couriers employed by FedEx in California. Of that total, 674 couriers terminated, resigned, or their employment at FedEx otherwise ended at some point during that time frame.

3. I have reviewed documents maintained by the company reflecting the identity of couriers who received settlement checks pursuant to the settlement in the matter of *Jack Foster et. al. v. Federal Express Corporation*, Los Angeles Superior Court Case No. BC 282300. Each Plaintiff in this matter, including Paul Bibo, Georgia Shields, Alex Galvez, Marc Garvey, and Bryan Peter, received a check pursuant to the settlement in that matter.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 9th day of May, 2007 at Memphis, Tennessee.

_____
LEILA M. HASSAN

1.

# EXHIBIT A

**Summary of California Couriers 4/1/06-5/7/07**

| Count of empno | | |
|---|---|---|
| jobcode | jobtitle | Total |
| R0002 | COURIER | 1 |
| | Courier/DOT | 4598 |
| R0002 Total | | 4599 |
| R0006 | COURIER/HANDLER | 1 |
| | Courier/Handler/DOT | 128 |
| R0006 Total | | 129 |
| R0021 | COURIER/NON-DRIVER | 14 |
| R0021 Total | | 14 |
| R0037 | Courier/Feeder Agt/DOT | 52 |
| R0037 Total | | 52 |
| R0085 | Courier/Swing Drvr/CDL | 781 |
| R0085 Total | | 781 |
| R0088 | Courier/Non-DOT | 39 |
| R0088 Total | | 39 |
| R0094 | Courier/Handler DOT/CDL | 22 |
| R0094 Total | | 22 |
| R0096 | COURIER/DOT/CDL | 289 |
| R0096 Total | | 289 |
| R0099 | Courier/Fdr Agt/DOT/CDL | 3 |
| R0099 Total | | 3 |
| (blank) | (blank) | |
| (blank) Total | | |
| Grand Total | | 5928 |

**Termination Counts by jobcode for employees who were couriers during timeframe**

| Count of EMPNO | | |
|---|---|---|
| JOBCODE2 | JOBTITLE | Total |
| B7169 | Mgr Sta Ops/CDL/Vol | 1 |
| B7169 Total | | 1 |
| F0017 | Service Agent/Non-DOT | 1 |
| F0017 Total | | 1 |
| F0026 | Sr Svc Agent/Non-DOT | 2 |
| F0026 Total | | 2 |
| R0002 | Courier/DOT | 448 |
| R0002 Total | | 448 |
| R0003 | Handler (DOT) | 1 |
| R0003 Total | | 1 |
| R0006 | Courier/Handler/DOT | 48 |
| R0006 Total | | 48 |
| R0010 | Ramp Transport Driver | 2 |
| R0010 Total | | 2 |
| R0015 | Handler (Non-DOT) | 6 |
| R0015 Total | | 6 |
| R0037 | Courier/Feeder Agt/DOT | 7 |
| R0037 Total | | 7 |
| R0048 | Checker/Sorter | 2 |
| R0048 Total | | 2 |
| R0049 | Material Handler | 2 |
| R0049 Total | | 2 |
| R0069 | Shuttle Driver/DOT | 4 |
| R0069 Total | | 4 |
| R0085 | Courier/Swing Drvr/CDL | 112 |
| R0085 Total | | 112 |
| R0088 | Courier/Non-DOT | 2 |
| R0088 Total | | 2 |
| R0094 | Courier/Handler DOT/CDL | 3 |
| R0094 Total | | 3 |
| R0096 | Courier/Dot/Cdl | 30 |
| R0096 Total | | 30 |
| R0202 | Information Agent | 1 |
| R0202 Total | | 1 |
| TRW01 | Temp Ret To Wk Frm Disa | 1 |
| TRW01 Total | | 1 |
| TRW02 | Tmp Ret To Wk Frm Wc/Un | 1 |
| TRW02 Total | | 1 |
| Grand Total | | 674 |