| | |
|---|---|
| 1 | SANDRA C. ISOM, Bar No. 157374 |
|   | FEDERAL EXPRESS CORPORATION |
| 2 | 3620 Hacks Cross Road |
|   | Building B, Third Floor |
| 3 | Memphis, Tennessee 38125 |
|   | Telephone:   901-434-8526 |
| 4 | Fax No.:     901-434-9271 |
|   | E-mail: scisom@fedex.com |
| 5 | |
| 6 | KEITH A JACOBY, Bar No. 150233 |
|   | LITTLER MENDELSON |
|   | A Professional Corporation |
| 7 | 2049 Century Park East, 5th Floor |
|   | Los Angeles, CA  90067-3107 |
| 8 | Telephone:   310-553-0308 |
|   | Fax No.:     310-553-5583 |
| 9 | E-mail: kjacoby@littler.com |
| 10 | Attorneys for Defendant |
|    | FEDERAL EXPRESS CORPORATION |

E-filing

ORIGINAL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDL

| | | |
|---|---|---|
| 14 | PAUL BIBO, an individual, and | Case No. C 07 2505 |
| 15 | GEORGIA SHIELDS, an individual, and ALEX GALVEZ, an individual, MARC GARVEY, an individual; | |
| 16 | BRYAN PETER, an individual, individually and on behalf of all | **DEFENDANT FEDERAL EXPRESS CORPORATION'S NOTICE TO ADVERSE PARTY OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT** |
| 17 | other similarly situated, | |
| 18 | Plaintiffs, | |
| 19 | v. | |
| 20 | FEDERAL EXPRESS INC., a Delaware Corporation, and DOES | |
| 21 | 1-500, inclusive, | |
| 22 | Defendants. | |

Def. FEC's Notice to Adverse Party of Removal to Federal Court

1

TO: PLAINTIFFS PAUL BIBO, GEORGIA SHIELDS, ALEX GALVEZ, MARC GARVEY, BRYAN PETER AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Defendant Federal Express Corporation filed its Notice of Removal in this action in the United States District Court for the Northern District of California on May 10, 2007. The removal is based on 28 U.S.C. sections 1332(a) (diversity) and (d) (the Class Action Fairness Act) and 1441(b).

A true and correct copy of said Notice is attached hereto and served herewith.

Dated: May 10, 2007

*[signature]*
SANDRA C. ISOM
FEDERAL EXPRESS CORPORATION

and

KEITH A. JACOBY
LITTLER MENDELSON
A Professional Corporation

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

Doc# 644459

2    Def. FEC's Notice to Adverse Party of Removal to Federal Court