1  SANDRA C. ISOM, Bar No. 157374
   FEDERAL EXPRESS CORPORATION
2  3620 Hacks Cross Road
   Building B, Third Floor
3  Memphis, Tennessee 38125
   Telephone:   901-434-8526
4  Fax No.:     901-434-9271
   E-mail: scisom@fedex.com
5
   KEITH A JACOBY, Bar No. 150233
6  LITTLER MENDELSON
   A Professional Corporation
7  2049 Century Park East, 5th Floor
   Los Angeles, CA 90067-3107
8  Telephone:   310-553-0308
   Fax No.:     310-553-5583
9  E-mail: kjacoby@littler.com

10 Attorneys for Defendant
   FEDERAL EXPRESS CORPORATION

11               UNITED STATES DISTRICT COURT

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14  PAUL BIBO, an individual, and         Case No. C 07 2505
    GEORGIA SHIELDS, an individual,
15  and ALEX GALVEZ, an individual,
    MARC GARVEY, an individual;          **DEFENDANT FEDERAL EXPRESS
16  BRYAN PETER, an individual,           CORPORATION'S CORPORATE
    individually and on behalf of all     DISCLOSURE STATEMENT
17  other similarly situated,             PURSUANT TO FRCP 7.1**

18               Plaintiffs,

19       v.

20  FEDERAL EXPRESS INC., a
    Delaware Corporation, and DOES
21  1-500, inclusive,

22               Defendants.

23

24

25

26

27

28

Defendant Federal Express Corporation, by and through undersigned counsel, identifies the parent company and any publicly held corporation that owns 10% or more of its stock in Federal Express Corporation:

1. FedEx Corporation

Dated: May 09, 2007

_____
SANDRA C. ISOM
FEDERAL EXPRESS CORPORATION

and

KEITH A. JACOBY
LITTLER MENDELSON
A Professional Corporation

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

Doc# 644467

2    Def. FEC's Corporate Disclosure Statement (FRCP 7.1)