| | |
|---|---|
| 1 | SANDRA C. ISOM, Bar No. 157374 |
| 2 | FEDERAL EXPRESS CORPORATION<br>3620 Hacks Cross Road |
| 3 | Building B, Third Floor<br>Memphis, Tennessee 38125 |
| 4 | Telephone: 901-434-8526<br>Fax No.: 901-434-9271 |
| 5 | E-mail: scisom@fedex.com |
| 6 | KEITH A JACOBY, Bar No. 150233<br>LITTLER MENDELSON |
| 7 | A Professional Corporation<br>2049 Century Park East, 5th Floor |
| 8 | Los Angeles, CA 90067-3107<br>Telephone: 310-553-0308 |
| 9 | Fax No.: 310-553-5583<br>E-mail: kjacoby@littler.com |
| 10 | Attorneys for Defendant |
| 11 | FEDERAL EXPRESS CORPORATION |

E-filing

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDL

| | | |
|---|---|---|
| PAUL BIBO, an individual, and GEORGIA SHIELDS, an individual, and ALEX GALVEZ, an individual, MARC GARVEY, an individual; BRYAN PETER, an individual, individually and on behalf of all other similarly situated, | | Case No. C 07 2505 |
| | Plaintiffs, | **DEFENDANT FEDERAL EXPRESS CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16** |
| | v. | |
| FEDERAL EXPRESS INC., a Delaware Corporation, and DOES 1-500, inclusive, | | |
| | Defendants. | |

Pursuant to Local Rule 3-16, Defendant Federal Express Corporation ("FedEx"), by and through undersigned counsel, certifies that the following listed certifies that the following listed parties, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (1) have a financial

interest in the subject matter in controversy or is a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

  a. Plaintiff Paul Bibo;

  b. Plaintiff Georgia Shields;

  c. Plaintiff Alex Galvez;

  d. Plaintiff Marc Garvey;

  e. Plaintiff Bryan Peter;

  f. Federal Express Corporation – plaintiff's former employer; and

  g. FedEx Corporation – parent corporation of Federal Express Corporation which is publicly traded.

Dated: May 09, 2007

            /s/ Sandra C. Isom
            SANDRA C. ISOM
            FEDERAL EXPRESS CORPORATION

            and

            KEITH A. JACOBY
            LITTLER MENDELSON
            A Professional Corporation

            Attorneys for Defendant
            FEDERAL EXPRESS CORPORATION

Doc# 644453