1 | SANDRA C. ISOM, Bar No. 157374
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road
Building B, Third Floor
Memphis, Tennessee 38125
Telephone:   901-434-8526
Fax No.:       901-434-9271
E-mail: scisom@fedex.com

KEITH A JACOBY, Bar No. 150233
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA 90067-3107
Telephone:   310-553-0308
Fax No.:       310-553-5583
E-mail: kjacoby@littler.com

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL BIBO, an individual, and
GEORGIA SHIELDS, an individual,
and ALEX GALVEZ, an individual,
MARC GARVEY, an individual;
BRYAN PETER, an individual,
individually and on behalf of all
other similarly situated,

        Plaintiffs,

  v.

FEDERAL EXPRESS INC., a
Delaware Corporation, and DOES
1-500, inclusive,

        Defendants.

Case No. C 07 2505

**DEFENDANT FEDERAL EXPRESS CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTIONS PURSUANT TO LOCAL RULE 3-13**

E-filing

EDL

Pursuant to the Northern District of California's Local Rule 3-13, Defendant Federal Express Corporation ("FedEx") hereby avers that, to its knowledge, there is one other pending action that involves all or a material part of the same subject matter and all or substantially all of the same parties as another action which is pending in the United States District Court for the Central District of California (Los Angeles), entitled *Ara Karamian and Yvette Green, et. al. v. Federal Express Corporation*, No. CV06-4345 DSF (PJWx) (Karamian) and asserted as a class action for wage and hour claims asserted under California law for nonpayment of wages and unfair business practices, purporting to represent all hourly non-exempt California-based FedEx employees (which presumably includes couriers).

Further, another matter that involved all or a material part of the same subject matter and all or substantially all of the same parties as another action, *Jack Foster et al. v. Federal Express Corporation*, Los Angeles Superior Court Case No. BC 282300 (Foster), was certified as a class action on behalf of California-based couriers and customer service agents for alleged violations of California wage and hour laws. That matter received final approval and was dismissed and closed on November 9, 2006. The instant Plaintiffs received settlement checks pursuant to that matter.

This instant action involves the same potential class members and claims for alleged violations of California wage and hour laws as asserted in the *Karamian* and *Foster* matters. Specifically, each case alleged, in substantial and material part,

2   Def. FEC's Notice of Pendency of Other Actions (L.R. 3-13)

failure to pay for time worked and break violations.

A motion to transfer, coordinate, and/or consolidate is appropriate to avoid conflicts in factual and legal determinations, conserve resources, and promote an efficient determination of the action. Alternatively, transfer pursuant to Title 28 U.S.C. §1407 (Multi-District Litigation) may be appropriate.

FedEx intends to file such a motion to transfer this matter to the Central District of California, wherein the previously-filed *Karamian* matter is pending.

Dated: May 09, 2007

*[signature]*
SANDRA C. ISOM
FEDERAL EXPRESS CORPORATION

and

KEITH A. JACOBY
LITTLER MENDELSON
A Professional Corporation

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

Doc# 644272