| | |
|---|---|
| 1 | SANDRA C. ISOM, Bar No. 157374 |
|   | FEDERAL EXPRESS CORPORATION |
| 2 | 3620 Hacks Cross Road |
|   | Building B, Third Floor |
| 3 | Memphis, Tennessee 38125 |
|   | Telephone:   901-434-8526 |
| 4 | Fax No.:     901-434-9271 |
|   | E-mail: scisom@fedex.com |
| 5 | |
|   | KEITH A. JACOBY, Bar No. 150233 |
| 6 | LITTLER MENDELSON |
|   | A Professional Corporation |
| 7 | 2049 Century Park East, 5th Floor |
|   | Los Angeles, CA 90067-3107 |
| 8 | Telephone: 310-553-0308 |
|   | Fax No.:   310-553-5583 |
| 9 | E-mail: kjacoby@littler.com |
| 10 | Attorneys for Defendant |
|   | FEDERAL EXPRESS CORPORATION |

**ORIGINAL**

E-filing

**EDL**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BIBO, an individual, and GEORGIA SHIELDS, an individual, and ALEX GALVEZ, an individual, MARC GARVEY, an individual; BRYAN PETER, an individual, individually and on behalf of all other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL EXPRESS INC., a Delaware Corporation, and DOES 1-500, inclusive, <br><br> Defendants. | Case No. C 07 2505 <br><br> **PROOF OF SERVICE BY MAIL OF REMOVAL DOCUMENTS** |

1

PROOF OF SERVICE

|   |   |
|---|---|
| 1 | I am employed in Memphis, Tennessee. I am over the age of eighteen |
| 2 | years and not a party to the within-entitled action. My business address is 3620 hacks |
| 3 | Cross Road, Bldg. B, 3rd Floor, Memphis, TN 38125. I am readily familiar with this |
| 4 | office's practice for collection and processing of correspondence for mailing with the |
| 5 | United States Postal Service and overnight service. On May 9, 2007, I caused to be |
| 6 | sent by overnight delivery, postage prepaid, a true and correct copy of the within |
| 7 | document(s): |

**CIVIL COVER SHEET**

**DEFENDANT FEDERAL EXPRESS CORPORATION'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1332 AND 1441(A)**

**DEFENDANT FEDERAL EXPRESS CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16**

**DEFENDANT FEDERAL EXPRESS CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTIONS PURSUANT TO LOCAL RULE 3-13**

**DEFENDANT FEDERAL EXPRESS CORPORATION'S DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1**

**DEFENDANT FEDERAL EXPRESS CORPORATION'S NOTICE TO ADVERSE PARTY OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**

**DECLARATION OF SANDRA C. ISOM ON DEFENDANT FEDERAL EXPRESS CORPORATION'S NOTICE OF REMOVAL**

**DECLARATION OF LEILA M. HASSAN ON DEFENDANT FEDERAL EXPRESS CORPORATION'S NOTICE OF REMOVAL**

**DECLARATION OF SANDRA C. ISOM OF FILING NOTICE TO STATE COURT OF REMOVAL TO FEDERAL COURT**

in a sealed envelope, postage fully paid, addressed as follows:

|   |   |
|---|---|
| 1 | |
| 2 | Daniel L. Feder, Esq. |
| 3 | The Law Offices of Daniel L. Feder. |
|   | 807 Montgomery Street |
| 4 | San Francisco, CA 94133 |
| 5 | Phone: 415-391-9476 |
|   | Fax: 415-391-9432 |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be presented to the courier for picked up on this date for overnight delivery.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 9, 2007 at Memphis, Tennessee.

*M. Suzanne Melton*
M. Suzanne Melton

3.

PROOF OF SERVICE