1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11 PAUL BIBO, et. al.

No. C  07 2505 EDL

12
                    Plaintiff(s),           **DECLINATION TO PROCEED BEFORE**
13                                           **A MAGISTRATE JUDGE**
                                             **AND**
14        v.                                 **REQUEST FOR REASSIGNMENT TO A**
   FEDERAL EXPRESS INC.,                     **UNITED STATES DISTRICT JUDGE**
15
                    Defendant(s).
16 _____/

17

18    REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

19        The undersigned party hereby declines to consent to the assignment of this case to a United

20 States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

21 a United States District Judge.

22

23 Dated: May 23, 2007                      Signature _____

24                                          Counsel for  Defendant
                                            (Plaintiff, Defendant, or indicate "pro se")
25

26

27

28