UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL BIBO,

        Plaintiff,

v.

FEDERAL EXPRESS, INC,

        Defendant.
_____/

No. C-07-02505 EDL

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**     (1)     One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

        (2)     One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The CASE MANAGEMENT CONFERENCE previously scheduled for August 14, 2007, at 10:00 a.m. on Magistrate Judge Laporte's calendar will NOT be held.

Dated: May 29, 2007

                                                            Richard W. Wieking, Clerk
                                                           United States District Court

                                                           By: Lili M. Harrell
                                                          Deputy Clerk

United States District Court
For the Northern District of California