IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BIBO,<br><br>    Plaintiff,<br><br>  v.<br><br>FEDERAL EXPRESS INC,<br><br>    Defendant. | No. C 07-02505 TEH<br><br>**Clerk's Notice<br>Scheduling Case<br>Management Conference<br>on Reassignment** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the Court has scheduled an *Initial Case Management Conference* for **Monday, 08/20/07** at **1:30 PM** before the Honorable Thelton E. Henderson upon reassignment. Please report to Courtroom 12, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than 7 days prior, counsel shall submit a joint case management conference statement.

For a copy of Judge Henderson's Standing Order and other information, please refer to the Court's website at **www.cand.uscourts.gov**.

Dated: June 4, 2007                                     FOR THE COURT,

                                                        Richard W. Wieking, Clerk

                                                        By:_____
                                                            R. B. Espinosa
                                                            Deputy Clerk