SANDRA C. ISOM, Bar No. 157374
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road
Building B, Third Floor
Memphis, Tennessee 38125
Telephone:     901-434-8526
Fax No.:       901-434-9271
E-mail: scisom@fedex.com

KEITH A JACOBY, Bar No. 150233
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA  90067-3107
Telephone:     310-553-0308
Fax No.:       310-553-5583
E-mail: kjacoby@littler.com

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BIBO, an individual, and GEORGIA SHIELDS, an individual, and ALEX GALVEZ, an individual, MARC GARVEY, an individual; BRYAN PETER, an individual, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL EXPRESS INC., a Delaware Corporation, and DOES 1-500, inclusive,<br><br>Defendants. | Case No. C 07-02505 TEH<br><br>**[PROPOSED] ORDER ON DEFENDANT FEDERAL EXPRESS CORPORATION'S MOTION TO TRANSFER VENUE**<br><br>**(28 U.S.C. §1404(a))**<br><br>Date: August 6, 2007<br>Time: 10:00 a.m.<br>Courtroom: 12, 19th Floor<br><br>CMC: August 20, 2007<br>Trial Date: None Set |

Attached hereto is a proposed Order submitted by Defendant Federal Express Corporation ("FedEx"), through its undersigned counsel, granting a transfer of venue of this matter.

Dated: June 27, 2007

    /s/ Sandra C. Isom
SANDRA C. ISOM
FEDERAL EXPRESS CORPORATION

and

KEITH A. JACOBY
LITTLER MENDELSON
A Professional Corporation

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

Doc# 651245

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BIBO, an individual, and GEORGIA SHIELDS, an individual, and ALEX GALVEZ, an individual, MARC GARVEY, an individual; BRYAN PETER, an individual, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL EXPRESS INC., a Delaware Corporation, and DOES 1-500, inclusive,<br><br>Defendants. | Case No. C 07-02505 TEH<br><br>**ORDER ON DEFENDANT FEDERAL EXPRESS CORPORATION'S MOTION TO TRANSFER VENUE**<br><br>**(28 U.S.C. §1404(a))**<br><br>Date:  August 6, 2007<br>Time:  10:00 a.m.<br>Courtroom: 12, 19th Floor<br><br>CMC: August 20, 2007<br>Trial Date: None Set |

   Before the Court is Defendant's Motion for Transfer of Venue to the United States District Court for the Central District of California.

   Having reviewed the relevant pleadings, the Court GRANTS Defendant's Motion.

   It is hereby ordered that this matter shall be transferred to the United States District Court for the Central District of California (Los Angeles) pursuant to Title 28 U.S.C. 1404(a) and Local Rule 3-14.

   IT IS SO ORDERED THIS ____ day of _____, 2007.

                                              _____
                                              Thelton E. Henderson
                                              United States District Judge

                        1   Order on Def. FEC's Motion to Transfer
                            Venue Case No. C 07-02505 TEH