SANDRA C. ISOM, Bar No. 157374
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road
Building B, Third Floor
Memphis, Tennessee 38125
Telephone: 901-434-8526
Fax No.: 901-434-9271
E-mail: scisom@fedex.com

KEITH A JACOBY, Bar No. 150233
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA 90067-3107
Telephone: 310-553-0308
Fax No.: 310-553-5583
E-mail: kjacoby@littler.com

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BIBO, an individual, and GEORGIA SHIELDS, an individual, and ALEX GALVEZ, an individual, MARC GARVEY, an individual; BRYAN PETER, an individual, individually and on behalf of all other similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>FEDERAL EXPRESS INC., a Delaware Corporation, and DOES 1-500, inclusive,<br><br>    Defendants. | Case No. CGC-07-460845<br><br>**DECLARATION OF LEILA M. HASSAN ON DEFENDANT FEDERAL EXPRESS CORPORATION'S MOTION TO TRANSFER VENUE** |

I, Leila M. Hassan, declare and state as follows:

1. I am a paralegal employed by Federal Express Corporation (FedEx). I make this Declaration in support of Defendant Federal Express Corporation's Motion to Transfer Venue. I am a Custodian of Records and have personal knowledge of the facts set forth in this Declaration and, except as stated herein on information and belief, and if called as a witness, I could and would testify competently to each fact.

2. A purported class action seeking to represent all hourly nonexempt California employees (which includes couriers) and alleging unpaid wages and violations of California wage and hour laws is pending in the Central District of California, entitled *Karamian, et. al. v. Federal Express Corp.*, Case No. CV 06 4345 DSF (PJWx), filed May 31, 2006. A conformed copy of the cover page of the original Complaint and the Amended Complaint is attached hereto as Exhibits A and B, respectively.

3. Mr. Paul Bibo's last day worked was January 19, 2006 and his termination date was January 26, 2006. A copy of Mr. Bibo's FedEx "Prism" date Screen is attached hereto as Exhibit C.

4. Mr. Bryan Peters' last day worked was February 24, 2006. A copy of Mr. Peters' FedEx "Prism" date Screen is attached hereto as Exhibit D.

5. Mr. Alexander Galvez's last day worked was December 07, 2006 and his termination date was June 1, 2007. A copy of Mr. Galvez's FedEx "Prism" date Screen is attached hereto as Exhibit E.

6. Mr. Marc Garvey's last day worked was July 20, 2006 and his termination date was July 25, 2006. A copy of Mr. Garvey's FedEx "Prism" date Screen is attached hereto as Exhibit F.

7. Mrs. Georgia Shields has been on disability since April 2006. A copy of Mrs. Shields' FedEx "Prism" date and Leave of absence Screens are attached hereto as Exhibit G.

2.

1  I declare under the penalty of perjury that the foregoing is true and
2  correct.
3  Executed this 27th day of June, 2007 at Memphis, Tennessee.

**Doc# 651257**

_____
LEILA M. HASSAN