# EXHIBIT A

```
 1  ANDRÉ E. JARDINI, ESQ.  (State Bar No. 71335)
    KNAPP, PETERSEN & CLARKE
 2  A Professional Corporation
    500 North Brand Boulevard
 3  Twentieth Floor
    Glendale, California 91203-1904
 4  (818) 547-5000
    Facsimile:  (818) 547-5329
 5  Email: aej@kpclegal.com

 6  Attorneys for Plaintiffs
    ARA KARAMIAN, an individual, on behalf
 7  of himself and all other similarly situated
```

**CONFORMED COPY**
OF ORIGINAL FILED
Los Angeles Superior Court

MAY 31 2006

John A. Clarke, Executive Officer/Clerk
By_____ Deputy
D. Giles

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| ARA KARAMIAN, an individual, on behalf of himself and all other similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, ROBERT SEYMOUR, AND DOES 1 through 50, inclusive,<br><br>   Defendants. | NO. BC353204<br><br>COMPLAINT FOR COMPENSATORY AND EXEMPLARY DAMAGES;<br><br>1. NONPAYMENT OF WAGES - CLASS<br>2. NONPAYMENT OF WAGES - INDIVIDUAL<br>3. WHISTLE BLOWER RETALIATION<br>4. WRONGFUL TERMINATION IN VIOLATION OF PUBLIC POLICY<br>5. DISCRIMINATION IN VIOLATION OF GOVERNMENT CODE SECTION 12940(a)<br>6. RACE DISCRIMINATION IN VIOLATION OF PUBLIC POLICY<br>7. RACE HARASSMENT IN VIOLATION OF GOVERNMENT CODE SECTION 12940(h)<br>8. RACE HARASSMENT IN VIOLATION OF PUBLIC POLICY<br>9. UNFAIR BUSINESS PRACTICES<br><br>CLASS ACTION [CODE CIV. PROC., § 382] |

KNAPP,
PETERSEN
& CLARKE

1