# EXHIBIT C

```
NEXT SCREEN:              F E D E X    E X P R E S S              PEP128
                     *  *  *  *  *   P R I S M   *  *  *  *  *    06/27/07
                            SIGNIFICANT DATES SCREEN                16:19:24

EMP: 439431      Paul C. Bibo
                                    USA
                 *** ALL DATES ARE DISPLAYED IN MM/DD/CCYY FORMAT ***

   ORIGINAL DATE OF HIRE:    02/08/2001   PERMANENT DATE:         02/08/2001
   MOST RECENT HIRE DATE:    02/08/2001   PERMANENT FULL TIME:    02/08/2001

   DATE OF CURRENT SALARY:   03/07/2005   RTECHG ELIGIBILITY DATE:
   LAST PERFORMANCE REVIEW:  04/2005      RTECHG DUE DATE:
   PAY CODE GRADE DATE:      07/21/2002   DATE IN ORGANIZATION:   08/04/2004
   DATE IN CURRENT JOB:      07/21/2002   EMPLOYEE PROFILE DATE:  01/26/2006
   ANNIVERSARY DATE:         02/08/2006
                                          LAST DAY WORKED:        01/19/2006


   LAST TRAN DATE: 01/26/2006
         TRAN CODE: 371       TRAN NAME: MGMNT ACTION-MISCOND
         REHIRE ELIGIBILITY: N
         ENTER:  HELP=CODES/INSTRUCTIONS,  RETURN=PREVIOUS MENU,  BYE=LOGOFF
INQUIRY SUCCESSFULLY COMPLETED.
```