# EXHIBIT D

```
NEXT SCREEN:            F E D E X      E X P R E S S              PEP128
                  * * * * *  P R I S M  * * * *                   06/27/07
                      SIGNIFICANT DATES SCREEN                    16:29:10

EMP: 315393      Bryan A. Peters
                                       USA
                  *** ALL DATES ARE DISPLAYED IN MM/DD/CCYY FORMAT ***

  ORIGINAL DATE OF HIRE:     12/09/1997    PERMANENT DATE:           12/09/1997
  MOST RECENT HIRE DATE:     12/09/1997    PERMANENT FULL TIME:      10/31/2004

  DATE OF CURRENT SALARY:    03/07/2005    RTECHG ELIGIBILITY DATE:
  LAST PERFORMANCE REVIEW:   08/2005       RTECHG DUE DATE:
  PAY CODE GRADE DATE:       10/31/2004    DATE IN ORGANIZATION:     10/31/2004
  DATE IN CURRENT JOB:       01/12/2006    EMPLOYEE PROFILE DATE:    02/24/2006
  ANNIVERSARY DATE:          12/09/2006
                                           LAST DAY WORKED:          02/24/2006


  LAST TRAN DATE: 02/24/2006
        TRAN CODE: 304       TRAN NAME: RESIGNED-VOLUNTARY
        REHIRE ELIGIBILITY: Y
      ENTER:  HELP=CODES/INSTRUCTIONS,  RETURN=PREVIOUS MENU,  BYE=LOGOFF
INQUIRY SUCCESSFULLY COMPLETED.
```