# EXHIBIT E

```
NEXT SCREEN:            F E D E X     E X P R E S S              PEP128
              *  *  *  *  *   P R I S M   *  *  *  *  *          06/27/07
                      SIGNIFICANT DATES SCREEN                   16:29:22

  EMP: 260536     alexander a. galvez
                              USA
                *** ALL DATES ARE DISPLAYED IN MM/DD/CCYY FORMAT ***

  ORIGINAL DATE OF HIRE:      08/18/1996    PERMANENT DATE:         10/26/1997
  MOST RECENT HIRE DATE:      08/18/1996    PERMANENT FULL TIME:    04/23/2000

  DATE OF CURRENT SALARY:     03/05/2007    RTECHG ELIGIBILITY DATE:
  LAST PERFORMANCE REVIEW:    03/2006       RTECHG DUE DATE:
  PAY CODE GRADE DATE:        07/28/2002    DATE IN ORGANIZATION:   03/20/2006
  DATE IN CURRENT JOB:        07/28/2002    EMPLOYEE PROFILE DATE:  06/03/2007
  ANNIVERSARY DATE:           10/26/2007
                                            LAST DAY WORKED:        12/07/2006


  LAST TRAN DATE: 06/01/2007
       TRAN CODE: 371       TRAN NAME: MGMNT ACTION-MISCOND
       REHIRE ELIGIBILITY: N
       ENTER: HELP=CODES/INSTRUCTIONS,  RETURN=PREVIOUS MENU,  BYE=LOGOFF
  INQUIRY SUCCESSFULLY COMPLETED.
```