# EXHIBIT F

```
NEXT SCREEN:            F E D E X    E X P R E S S              PEP128
                  * * * * *  P R I S M  * * * * *                06/27/07
                        SIGNIFICANT DATES SCREEN                 16:29:34

EMP: 412658      Marc A. Garvey
                                  USA
                *** ALL DATES ARE DISPLAYED IN MM/DD/CCYY FORMAT ***

  ORIGINAL DATE OF HIRE:     06/07/2000    PERMANENT DATE:         06/07/2000
  MOST RECENT HIRE DATE:     06/07/2000    PERMANENT FULL TIME:    11/10/2002

  DATE OF CURRENT SALARY:    03/06/2006    RTECHG ELIGIBILITY DATE:
  LAST PERFORMANCE REVIEW:   08/2005       RTECHG DUE DATE:
  PAY CODE GRADE DATE:       07/03/2000    DATE IN ORGANIZATION:   06/19/2006
  DATE IN CURRENT JOB:       11/15/2004    EMPLOYEE PROFILE DATE:  07/28/2006
  ANNIVERSARY DATE:          06/07/2007
                                           LAST DAY WORKED:        07/20/2006


  LAST TRAN DATE: 07/25/2006
       TRAN CODE: 371         TRAN NAME: MGMNT ACTION-MISCOND
       REHIRE ELIGIBILITY: N
    ENTER:  HELP=CODES/INSTRUCTIONS,  RETURN=PREVIOUS MENU,  BYE=LOGOFF
INQUIRY SUCCESSFULLY COMPLETED.
```