# EXHIBIT G

```
NEXT SCREEN:           F E D E X    E X P R E S S            PEP128
                  * * * * *  P R I S M  * * * * *            06/27/07
                       SIGNIFICANT DATES SCREEN              16:29:51

EMP: 305993      Georgia A. Shields
                                USA
                 *** ALL DATES ARE DISPLAYED IN MM/DD/CCYY FORMAT ***

   ORIGINAL DATE OF HIRE:    10/13/1997    PERMANENT DATE:         10/13/1997
   MOST RECENT HIRE DATE:    10/13/1997    PERMANENT FULL TIME:    12/14/1997

   DATE OF CURRENT SALARY:   03/05/2007    RTECHG ELIGIBILITY DATE: 03/03/2008
   LAST PERFORMANCE REVIEW:  04/2004       RTECHG DUE DATE:         03/03/2008
   PAY CODE GRADE DATE:      07/03/2000    DATE IN ORGANIZATION:    07/14/2006
   DATE IN CURRENT JOB:      04/24/2000    EMPLOYEE PROFILE DATE:   03/05/2007
   ANNIVERSARY DATE:         10/13/2007


   LAST TRAN DATE: 10/23/2006
         TRAN CODE: 214       TRAN NAME: FROM STD TO LTD
         REHIRE ELIGIBILITY: H
      ENTER:  HELP=CODES/INSTRUCTIONS,   RETURN=PREVIOUS MENU,   BYE=LOGOFF
INQUIRY SUCCESSFULLY COMPLETED.
```

```
NEXT SCREEN:            F E D E X    E X P R E S S               PEP962
                      *  *  *  *  P R I S M  *  *  *  *  *       06/27/07
                         EMPLOYEE LOA HISTORY SCREEN             17:15:07

EMP: 305993     Georgia A. Shields

                                        FIRST DAY    DAY RETURNED    LOA
      TRANSACTION                       OF LEAVE     FROM LEAVE      DAYS
CODE           NAME                     MM/DD/YY     MM/DD/YY

214    FROM STD TO LTD                  04 24 06     10 23 06        182
165    TO STD                           04 24 06
243    FROM WORKER'S COMP               06 27 05     03 06 06        252
169    TO WORKER'S COMP                 06 27 05
225    FROM STD LEAVE                   01 17 05     04 22 05         95
165    TO STD                           01 17 05
291    FROM DISTRW                      04 12 00     04 24 00         12
191    TO DISTRW                        04 12 00
225    FROM STD LEAVE                   03 14 00     04 10 00         27


     ENTER:  HELP=CODES/INSTRUCTIONS,  RETURN=PREVIOUS MENU,   BYE=LOGOFF
PLEASE HIT ENTER TO VIEW MORE LOAS FOR EMPLOYEE.
```

```
NEXT SCREEN:              F E D E X    E X P R E S S                PEP962
                        *  *  *  *  *  P R I S M  *  *  *  *  *    06/27/07
                              EMPLOYEE LOA HISTORY SCREEN           17:15:16

EMP: 305993    Georgia A. Shields

                                                              LOA
       TRANSACTION                  FIRST DAY   DAY RETURNED  DAYS
  CODE         NAME                 OF LEAVE    FROM LEAVE
                                    MM/DD/YY    MM/DD/YY

  165   TO STD                      03 14 00
```

ENTER: HELP=CODES/INSTRUCTIONS, RETURN=PREVIOUS MENU, BYE=LOGOFF
**YOU HAVE VIEWED ALL LOAS - PLEASE HIT ENTER TO START VIEWING AGAIN.**