IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL BIBO, et al.,

                Plaintiffs,

    v.

FEDERAL EXPRESS INC.,

                Defendant.

NO. C07-2505 TEH

<u>ORDER CONTINUING
HEARING AND SETTING
BRIEFING SCHEDULE ON
DEFENDANT'S MOTION TO
TRANSFER VENUE; ORDER
CONTINUING CASE
MANAGEMENT CONFERENCE</u>

      To accommodate the Court's calendar, IT IS HEREBY ORDERED that the hearing on Defendant's motion to transfer venue is continued to **Monday, September 10, 2007, at 10:00 AM.** Plaintiffs shall file their opposition or statement of non-opposition on or before **August 6, 2007,** and Defendant shall file its reply on or before **August 20, 2007.**

      IT IS FURTHER ORDERED that the initial case management conference shall be continued to **Monday, October 15, 2007, at 1:30 PM.** If the case is not transferred, then the parties shall meet and confer and file a joint case management statement on or before **Tuesday, October 9, 2007.**

**IT IS SO ORDERED.**

Dated: 06/29/07

                              THELTON E. HENDERSON, JUDGE
                              UNITED STATES DISTRICT COURT