1  DANIEL L. FEDER, ESQ. (State Bar No. 130867)
   **The Law Offices of Daniel Feder**
2  807 Montgomery Street
   San Francisco, CA 94133
3  Phone: (415) 391-9476
   Fax:    (415) 391-9432
4

5  Attorneys for Plaintiffs
   Paul Bibo, Georgia Shields, Alex Galvez,
6  Marc Garvey, Bryan Peter, and all others similarly situated

7                    UNITED STATES DISTRICT COURT

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 PAUL BIBO, an individual, and GEORGIA    ) Case No.C 07-02505
   SHIELDS, an individual, and ALEX         )
11 GALVEZ, an individual, and MARC          ) **PROOF OF SERVICE:**
   GARVEY, an individual, and BRYAN         )
12 PETER, an individual, individually, and on )
   behalf of all others similarly situated,  )
13                                           )
       Plaintiff,                            )
14                                           )
              v.                             )
15                                           )
   FEDERAL EXPRESS, INC., a Delaware         )
16 Corporation; and DOES 1-500, inclusive    )
                                             )
17     Defendants.                           )

18

proof of service                -1-

Bibo , et al v. Federal Express Corporation, et al.                    USDC Case No. C 07-02505 TEH

## PROOF OF SERVICE

1. I, **Claire Bascara**, the below signed declare, I am an employee of THE LAW OFFICES OF DANIEL FEDER, in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 807 Montgomery Street, San Francisco, California 94133.

2. I am familiar with the office practice for depositing U.S. Mail, facsimile transmission and Federal Express routing. In addition, I am familiar with both State and Local Rules regarding use of recycled paper and represent this document and all documents referred to herein comply with applicable recycled paper use requirements.

3. On **August 6, 2007**, I served the following document on the parties identified as follows:

   **Keith A. Jacoby**
   Littler Mendelson
   A Professional Corporation
   2049 Century Park East, 5th Floor
   Los Angeles, CA 90067-3107

| DOCUMENTS TO BE SERVED | • Plaintiffs' Opposition to Defendant Federal Express Corporation's Motion to Transfer Venue |
|---|---|

4. The manner of service is indicated below. Please check one.

| PERSONAL SERVICE | I served each such document by hand on the attorney's offices listed above, by leaving the notice or other papers in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or with a person having charge thereof. In cases where there is no person in the office with whom the notice or papers may be left, for purposes of compliance with CCP §1011(a), at the time of service is to be effected, service was made by leaving the notice or other papers between the hours of nine in the morning and five in the afternoon, in a conspicuous place in the office, or, if the attorney's office is not open so as to admit of that service, then service was made by leaving the notice or papers at the attorney's residence, with a person of not less than 18 years of age, if the attorney's residence is in the same county with his or her office, and, if the attorney's residence is not known or is not in the same county with his or her office, or being in the same county it is not open, or there is not found thereat any person of not less than 18 years of age, then service was made by putting |

Bibo , et al v. Federal Express Corporation, et al.                              USDC Case No. C 07-02505 TEH

|   |   |   |
|---|---|---|
|   |   | the notice or papers, enclosed in a sealed envelope, into the post office or a mail box, subpost office, substation, or mail chute or other like facility regularly maintained by the Government of the United States directed to the attorney at his or her office, if known and otherwise to the attorney's residence, if known. If neither the attorney's office nor residence is known, service was made by delivering the notice or papers to the address of the attorney or party of record as designated on the court papers, or by delivering the notice or papers to the clerk of the court, or to the judge where there is no clerk, for the attorney. |
|   | U.S. MAIL | I caused each such document, in an envelope, with first-class postage thereon fully pre-paid, to be deposited with the U.S. Mail in San Francisco, California addressed to the parties listed above. |
| XXX | FACSIMILE | I caused each such document, to be transmitted by facsimile to the facsimile number known by me to be the facsimile number Of each of the parties listed on the attached service list. |
|   | FEDERAL EXPRESS | I caused each such document, in an envelope, with Federal Express postage, postage pre-paid, to be deposited with Federal Express in San Francisco, California. |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Claire Bascara