SANDRA C. ISOM, Bar No. 157374
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road
Building B, Third Floor
Memphis, Tennessee 38125
Telephone:   901-434-8526
Fax No.:     901-434-9271
E-mail:  scisom@fedex.com

KEITH A JACOBY, Bar No. 150233
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA  90067-3107
Telephone:   310-553-0308
Fax No.:     310-553-5583
E-mail:  kjacoby@littler.com

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BIBO, an individual, and GEORGIA SHIELDS, an individual, and ALEX GALVEZ, an individual, MARC GARVEY, an individual; BRYAN PETER, an individual, individually and on behalf of all other similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>FEDERAL EXPRESS INC., a Delaware Corporation, and DOES 1-500, inclusive,<br><br>        Defendants. | Case No. C07-02505 TEH<br><br>**DEFENDANT FEDERAL EXPRESS CORPORATION'S SECOND SUPPLEMENTAL NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 3-16** |

Pursuant to Local Rule 3-16, Defendant Federal Express Corporation ("FedEx"), by and through undersigned counsel, certifies that the following listed certifies that the following listed parties, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (1) have a financial

interest in the subject matter in controversy or is a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

  a. Plaintiff Paul Bibo - former employee of Federal Express Corporation;

  b. Plaintiff Georgia Shields;

  c. Plaintiff Alex Galvez;

  d. Plaintiff Marc Garvey - former employee of Federal Express Corporation;

  e. Plaintiff Bryan Peter - former employee of Federal Express Corporation;

  f. Federal Express Corporation;

  g. FedEx Corporation – Parent Corporation of Federal Express Corporation which is publicly traded;

  h. Sandra C. Isom, in-house attorney for Defendant Federal Express;

  i. Richard S. McConnell, in-house attorney for Defendant Federal Express;

  j. Keith A. Jacoby, Littler Mendelson, local counsel for Defendant Federal Express;

  k. Daniel L. Feder, attorney for Plaintiffs Bibo, Shields, Galvez, Garvey, and Peter.

The following individuals are parties or attorneys representing plaintiffs in the matter of *Karamian, et. al. v. Federal Express Corporation*, CV 06-4345 DSF (PJWx), pending in the United States District Court for the Central District of California, which seeks to certify and represent all currently and former hourly nonexempt employees of Federal Express Corporation:

1       l.    Plaintiff Ara Karmian - former employee of Federal Express Corporation;

      m.    Plaintiff Eugene Colon - former employee of Federal Express Corporation;

      n.    Plaintiff Yvette Green - former employee of Federal Express Corporation;

      o.    Andre E. Jardini, Knapp, Peterson & Clarke, attorneys for Plaintiffs in the *Karamian* case;

      p.    Gwen Freeman, Knapp, Peterson & Clarke, attorneys for Plaintiffs in the *Karamian* case;

      q.    Glen Robert Bregman, attorney for Plaintiffs in the *Karamian* case;

      r.    Michael S. Duberchin, attorney for Plaintiffs in the *Karamian* case.

The following individuals are parties or attorneys representing plaintiffs in the matter of *Brown v. Federal Express Corporation*, CV07-5011 GPS (SSx), pending in the United States District Court for the Central District of California, which seeks to certify and represent couriers and ramp transport drivers formerly or currently employed by Federal Express Corporation:

      s.    Plaintiff Vincent Brown;

      t.    Plaintiff Jose Robert Rojas;

      u.    Plaintiff Deborah Snyder;

      v.    Plaintiff Charles Walker;

      w.    Plaintiff Mark B. Tovsen;

      x.    Plaintiff Robert Arman (unknown party, may be misspelled);

      y.    Plaintiff John O'Neil;

      z.    Plaintiff Andre D. Lawson;

      aa.    Plaintiff Gregory A. Sorrells;

  bb. James P. Stoneman, II, attorney for plaintiffs in the *Brown* matter;

  cc. Ernest F. Ching, Jr., attorney for plaintiffs in the *Brown* matter;

  dd. Yameen Z. Salahuddin, attorney for plaintiffs in the *Brown* matter;

  ee. David S. Wilson, in-house attorney for FedEx.

Dated: August 14, 2007

          _____/s/ Sandra C. Isom_____
          SANDRA C. ISOM
          FEDERAL EXPRESS CORPORATION

          and

          KEITH A. JACOBY
          LITTLER MENDELSON
          A Professional Corporation

          Attorneys for Defendant
          FEDERAL EXPRESS CORPORATION

Doc# 660113