SANDRA C. ISOM, Bar No. 157374
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road
Building B, Third Floor
Memphis, Tennessee 38125
Telephone:   901-434-8526
Fax No.:     901-434-9271
E-mail: scisom@fedex.com

KEITH A JACOBY, Bar No. 150233
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA  90067-3107
Telephone:   310-553-0308
Fax No.:     310-553-5583
E-mail: kjacoby@littler.com

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BIBO, an individual, and GEORGIA SHIELDS, an individual, and ALEX GALVEZ, an individual, MARC GARVEY, an individual; BRYAN PETER, an individual, individually and on behalf of all other similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>FEDERAL EXPRESS INC., a Delaware Corporation, and DOES 1-500, inclusive,<br><br>    Defendants. | Case No. C07-02505 TEH<br><br>**DEFENDANT FEDERAL EXPRESS CORPORATION'S SUPPLEMENTAL NOTICE OF PENDENCY OF OTHER ACTIONS PURSUANT TO LOCAL RULE 3-13** |

Pursuant to the Northern District of California's Local Rule 3-13, Defendant Federal Express Corporation ("FedEx") hereby states and supplements that, to its knowledge, this action involves all or a material part of the same subject matter and all or substantially all of the same parties as two other actions pending in the United States District Court for the Central District of California (Los Angeles), entitled *Ara Karamian, et. al. v. Federal Express Corporation*, No. CV-06-4345 DSF (PJWx) (*Karamian*) and *Brown, et. al., v. Federal Express Corporation*, Case No. CV-07-5011 GPS (SSx).

This instant action involves the same potential class members and claims for alleged violations of California wage and hour laws as asserted in the *Karamian* and *Brown* matters. Specifically, each case alleges, in substantial and material part, unpaid wages and failure to provide meal and rest periods to FedEx couriers. The *Brown* plaintiffs purport to also represent ramp transport drivers. The *Karamian* plaintiffs also purport to represent all hourly non-exempt California-based FedEx employees (which encompasses couriers and ramp transport drivers).

Transfer pursuant to Title 28 U.S.C. §1407 (Multi-District Litigation) is likely not appropriate at this time because only three cases bear the similarities at issue. A motion to transfer, coordinate, and/or consolidate is appropriate to avoid conflicts in factual and legal determinations, conserve resources, and promote an efficient determination of the action.

While FedEx will contest class certification in these cases, a

determination of the same or substantially related or similar questions of law and fact is required, such that they would entail substantial duplication of labor if heard by different judges, whether certified or not.[1]

Based upon the fact that the potential class in *Brown* is subsumed in the potential class in *Karamian*, and the claims in both cases involve whether plaintiffs received meal and rest breaks against the same Defendant, the *Brown* case should be considered for transfer to this Court. Even assuming no class is certified in this matter, the *Brown* matter should be considered for transfer because the Defendant is the same in both cases, and the claims and issues to be resolved relate to similar transactions or happenings.

A motion to transfer this matter to the Central District of California, wherein the *Karamian* and *Brown* matters are pending is set for a hearing before this Court on September 10, 2007 at 10:00 a.m.

Lastly, another matter that involved a material part of the same subject matter and all or substantially all of the same parties as another action, *Jack Foster et al. v. Federal Express Corporation*, Los Angeles Superior Court Case No. BC 282300 (Foster), was certified as a class action on behalf of California-based couriers and customer service agents for alleged violations of California wage and hour laws. That matter received final approval and was dismissed and closed on November 9,

---

[1] While FedEx contends that the facts and legal issues in these actions are similar to each other, it denies that plaintiffs meet the standards of commonality and typicality

2006.  The instant Plaintiffs received settlement checks pursuant to that matter.

Dated: August 14, 2007

           ____/s/ Sandra C. Isom_____
           SANDRA C. ISOM
           FEDERAL EXPRESS CORPORATION

           and

           KEITH A. JACOBY
           LITTLER MENDELSON
           A Professional Corporation

           Attorneys for Defendant
           FEDERAL EXPRESS CORPORATION

Doc# 660389

required for class certification in any of the cases.