1   SANDRA C. ISOM, Bar No. 157374
    FEDERAL EXPRESS CORPORATION
2   3620 Hacks Cross Road
    Building B, Third Floor
3   Memphis, Tennessee 38125
    Telephone:      901-434-8526
4   Fax No.:        901-434-9271
    E-mail:  scisom@fedex.com
5
    KEITH A JACOBY, Bar No. 150233
6   LITTLER MENDELSON
    A Professional Corporation
7   2049 Century Park East, 5th Floor
    Los Angeles, CA  90067-3107
8   Telephone:      310-553-0308
    Fax No.:        310-553-5583
9   E-mail:  kjacoby@littler.com

10  Attorneys for Defendant
    FEDERAL EXPRESS CORPORATION
11

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14  PAUL BIBO, an individual, and               Case No.  C07-02505 TEH
    GEORGIA SHIELDS, an individual, and
15  ALEX GALVEZ, an individual, MARC            **DECLARATION OF AMANDA R. ADAMS ON**
    GARVEY, an individual; BRYAN PETER,         **DEFENDANT FEDERAL EXPRESS**
16  an individual, individually and on behalf of **CORPORATION'S REPLY IN SUPPORT OF**
    all others similarly situated,              **MOTION TO TRANSFER VENUE**
17
                    Plaintiffs,
18
         v.
19
    FEDERAL EXPRESS INC., a Delaware
20  Corporation, and DOES 1-500, inclusive,

21                  Defendants.

22

23

24

25

26

27

28

ADAMS DEC ON DEFENDANT'S REPLY ISO MOTION TO TRANSFER VENUE-CASE NO. C07-02505 TEH

1    I, Amanda R. Adams, declare and state as follows:

2    1.    I am over the age of twenty-one and am employed by Federal Express

3    Corporation (FedEx) as a Business System Analyst.  I make this Declaration in support of Defendant

4    Federal Express Corporation's Reply in support of its Motion to Transfer Venue.  I have personal

5    knowledge of the facts set forth in this Declaration and, except as stated herein on information and

6    7    belief, and if called as a witness, I could and would testify competently to each fact.

8    2.    I am familiar with electronic company records that reflect the number of

9    couriers actively employed on any given day.  On the date of August 15, 2007, I ran a query seeking

10    the number of couriers actively employed in California on that date based upon each California

11    Managing Director's organization code.

12    3.    On August 15, 2007, there were a total of 4805 couriers actively employed in

13    14    California.   This figure does not include former couriers whose employment ended or were

15    otherwise inactive prior to August 15, 2007 or couriers hired after August 15, 2007 in California.

16    4.    Dividing the couriers geographically, there were 3018 couriers actively

17    employed in southern California and 1787 couriers in northern California on that date.

18    5.    The couriers included in southern California include those employed at all

19    20    locations south of Ridgecrest, Bakersfield, and San Luis Obispo, inclusive.

21    6.    The couriers included in northern California include those employed at all

22    locations north of Visalia, inclusive.

23    7.    As such, approximately 63% of all active California couriers were employed

24    in southern California on that date.

25    26    I declare under the penalty of perjury that the foregoing is true and correct.

27

28

1.

ADAMS DEC ON DEFENDANT'S REPLY ISO MOTION TO TRANSFER VENUE-CASE NO. C07-02505 TEH

1    Executed this 20th day of August, 2007 at Memphis, Tennessee.

2

3            _____/s/ Amanda R. Adams_____
             AMANDA R. ADAMS

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2.