SANDRA C. ISOM, Bar No. 157374
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road
Building B, Third Floor
Memphis, Tennessee 38125
Telephone: 901-434-8526
Fax No.: 901-434-9271
E-mail: scisom@fedex.com

KEITH A JACOBY, Bar No. 150233
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA 90067-3107
Telephone: 310-553-0308
Fax No.: 310-553-5583
E-mail: kjacoby@littler.com

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BIBO, an individual, and GEORGIA SHIELDS, an individual, and ALEX GALVEZ, an individual, MARC GARVEY, an individual; BRYAN PETER, an individual, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL EXPRESS INC., a Delaware Corporation, and DOES 1-500, inclusive,<br><br>Defendants. | Case No. C 07-02505 TEH<br><br>**DECLARATION OF LEILA M. HASSAN ON DEFENDANT FEDERAL EXPRESS CORPORATION'S REPLY IN SUPPORT OF MOTION TO TRANSFER VENUE** |

I, Leila M. Hassan, declare and state as follows:

1. I am a paralegal employed by Federal Express Corporation (FedEx). I make this Declaration in support of Defendant Federal Express Corporation's Reply In Support Of Its Motion to Transfer Venue. I am a Custodian of Records and have personal knowledge of the facts set forth in this Declaration and, except as stated herein on information and belief, and if called as a witness, I could and would testify competently to each fact.

2. A purported class action seeking to represent all hourly nonexempt California couriers and ramp transport drivers and alleging failure to provide meal and rest breaks in violation of California wage and hour law is pending in the Central District of California, entitled *Brown, et. al., v. Federal Express Corporation*, C-07-5011 GPS (SSx)., filed July 3, 2006. A conformed copy of Complaint is attached hereto as Exhibit A.

3. Attached hereto as Exhibit B is a true and correct copy of an Order Re Transfer Pursuant To General Order 07-02 (Related Cases) filed in the *Brown* matter, wherein Judge Dale Fischer, the Judge assigned to the *Karamian* matter, consented to transfer of the *Brown* matter to her calendar. The reasons for transfer include that the *Karamian* and *Brown* matters 1) call for a determination of the same or substantially related or similar questions of law and fact and 2) for other reasons would entail substantial duplication of labor if hear by different judges.

4. According to statistical reports I obtained from www.uscourt.gov regarding the federal judiciary available for the twelve month period ending September 30, 2006, there were more actions pending per judgeship in the Northern District than in the Central District. Attached hereto as Exhibits C and D are Judicial Caseload Profile Reports for the Northern and Central District Courts of California. As noted in the reports, there were 583 cases pending per judgeship in the Northern District and 443 cases pending per judgeship in the Central District for a difference of 140 cases per judgeship. The reports also reflect that the median time to trial is also about three months shorter in the Central District (21.3 months v. 25 months).

I declare under the penalty of perjury that the foregoing is true and correct.

1.

1 | Executed this 20th day of August, 2007 at Memphis, Tennessee.

        /s/ Leila M. Hassan
LEILA M. HASSAN

Doc. No. 661138

2.