# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## *SENIOR JUDGE THELTON E. HENDERSON*

### CIVIL MINUTE ORDER

**DATE:  September 10, 2007**
**TITLE: Bibo, et al  -v- Federal Express, Inc.**          **CASE #: C-07-2505 TEH**
_____

### APPEARANCES:

**FOR PLAINTIFF:**                                    **FOR DEFENDANT:**

**Daniel Feder**                                      **Sandra Isom**
_____

**Deputy Clerk:  Brenda Tolbert**          **Reporter: Sylvia Russo**

### PROCEEDINGS:

____    **Case Management**
____    **Further Case Management**
____    **Status Conference**
____    **Pretrial Conference**
____    **Settlement Conference (Length:  Hr/s.)**
____    **Evidentiary Hearing**
____    **Examination of Judgment Debtor**
 **X**    **Motions**
____    **Other:**
_____

### ORDER/RESULTS:

        **Defendants Motion to Transfer Venue Held.**
        **Matter Under Submission.**

**Case Continued To:_____  For:_____**
**Case Referred To:_____  For:_____**


**ORDER TO BE PREPARED BY: Court**

**cc: Rowena, Brenda**