SANDRA C. ISOM, Bar No. 157374
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road
Building B, Third Floor
Memphis, Tennessee 38125
Telephone:    901-434-8526
Fax No.:      901-434-9271
E-mail:  scisom@fedex.com

KEITH A JACOBY, Bar No. 150233
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA  90067-3107
Telephone:    310-553-0308
Fax No.:      310-553-5583
E-mail:  kjacoby@littler.com

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BIBO, an individual, and GEORGIA SHIELDS, an individual, and ALEX GALVEZ, an individual, MARC GARVEY, an individual; BRYAN PETER, an individual, individually and on behalf of all other similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>FEDERAL EXPRESS INC., a Delaware Corporation, and DOES 1-500, inclusive,<br><br>        Defendants. | Case No. C 07-02505 TEH<br><br>**DEFENDANT FEDERAL EXPRESS CORPORATION'S RULE 26(F) REPORT**<br><br>CMC: October 15, 2007<br>Time: 1:30 p.m.<br><br>Trial Date: None Set |

Defendant, Federal Express Corporation (FedEx) files this proposed Rule 26(f) report, having been unable to confer with Plaintiff's counsel despite attempts to do so.

1) Rule 26(a)(1) disclosures should be completed by November 15, 2007.

2) Discovery is necessary with respect to proposed certification and merits (liability and damages) and should initially focus on certification. Discovery should be completed by April 30, 2008.

3) FedEx does not anticipate technical issues with respect to the disclosure of electronically stored information or the forms in which they might be requested and produced.

4) FedEx recommends an agreement regarding the return of any inadvertently disclosed information.

5) No changes in the limitations on discovery imposed under the rules should be imposed.

6) No other orders under rule 26(c) or Rule 16 (b) and (c) are suggested.

Dated: October 9, 2007

     /s/ Sandra C. Isom
SANDRA C. ISOM
FEDERAL EXPRESS CORPORATION

and

KEITH A. JACOBY
LITTLER MENDELSON
A Professional Corporation

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

Doc. No. 700699