SANDRA C. ISOM, Bar No. 157374
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road
Building B, Third Floor
Memphis, Tennessee 38125
Telephone:    901-434-8526
Fax No.:       901-434-9271
E-mail:  scisom@fedex.com

KEITH A JACOBY, Bar No. 150233
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA  90067-3107
Telephone:    310-553-0308
Fax No.:       310-553-5583
E-mail:  kjacoby@littler.com

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BIBO, an individual, and GEORGIA SHIELDS, an individual, and ALEX GALVEZ, an individual, MARC GARVEY, an individual; BRYAN PETER, an individual, individually and on behalf of all other similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>FEDERAL EXPRESS INC., a Delaware Corporation, and DOES 1-500, inclusive,<br><br>    Defendants. | Case No. C 07-02505 TEH<br><br>**DECLARATION OF SANDRA C. ISOM ON DEFENDANT FEDERAL EXPRESS CORPORATION'S CASE MANAGEMENT CONFERENCE STATEMENT (L.R. 16-9(a))**<br><br>CMC: October 15, 2007<br>Time: 1:30 p.m.<br><br>Trial Date: None Set |

I, Sandra C. Isom, declare and state as follows:

1. I am an attorney admitted to practice before this Court. I am a Senior Counsel for Federal Express Corporation and a counsel of record for Defendant Federal Express Corporation. I make this Declaration in pursuant to Local Rule 16-9(a). I have personal knowledge of the facts set forth in this Declaration and if called as a witness, I could and would testify competently to each fact.

2. On September 25, 2007, I contacted plaintiffs' counsel, Dan Feder, regarding the parties' need to file a joint ADR stipulation and to conduct a meet and confer regarding initial disclosures and a discovery plan. Attached hereto as Exhibit A is a true and correct copy of that communication.

3. On September 26, 2007, Mr. Feder responded that he would contact me "tomorrow" regarding the initial disclosures. Attached hereto as Exhibit B is a true and correct copy of that communication.

4. Mr. Feder did not contact me. On October 5, 2007, I contacted him again reminder him we had to get the Rule 26(f) report and Joint Case Management Conference Statement on file by Tuesday (October 9, 2007) and requested that he call my cell phone to discuss. (*See* Exhibit B.)

5. As of this filing, I have not heard from Mr. Feder regarding a Rule 26(f) meeting and a Joint Case Management Conference Statement.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 9th day of October, 2007 at Memphis, Tennessee.

\_\_\_/s/ Sandra C. Isom_____
SANDRA C. ISOM

Doc. No. 700701

2   Isom Dec. on FEC's CMC STMT.
C07-02505 TEH