# EXHIBIT A

Legal   tment                           Telephone 901.434.8600
3620      Cross Road
Building B, 3rd Floor
Memphis, TN 38125


Express

**VIA FACSIMILE**

**URGENT**

September 25, 2007

Daniel L. Feder
The Law Offices of Daniel L. Feder
807 Montgomery Street
San Francisco, CA 94133

      Re: <u>Paul Bibo, et al v. Federal Express, Inc.</u>
           Case No. CGC-07-460845
           Matter No. 60-11091

Dear Mr. Feder:

      I believe we were supposed to meet and confer yesterday regarding initial disclosures and a discovery plan and to file a Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference. Judge Henderson did not specify this date but yesterday was 21 days prior to the CMC set for October 15th, per Rule 26(f). In the prior schedule issued by Magistrate LaPorte, the ADR deadline was also 21 days prior to the CMC.

      Enclosed please find proposed Joint ADR stipulation. Please call me to discuss. If the ECF filing remains down, I would ask that you file it today.

                                   Sincerely yours,
                                   **FEDERAL EXPRESS CORPORATION**

                                   Sandra C. Isom
                                   Senior Counsel, Litigation
                                   Phone: (901) 434-8526
                                   Fax:   (901) 434-9271
                                   scisom@fedex.com

Enclosure
696003

# EXHIBIT B

## Isom, Sandra C.

**From:** Isom, Sandra C.
**Sent:** Friday, October 05, 2007 6:07 PM
**To:** 'danfeder@pacbell.net'
**Subject:** RE: Bibo v. Federal Express, Inc.
**Importance:** High

Dan-we have to get the Rule 26f and joint cmc filed on tuesday. I am out of the office on monday and tuesday and limited computer access. my cell is 901-299-4599. Please call me monday to discuss.

---

**From:** Dan Feder [mailto:danfeder@pacbell.net]
**Sent:** Wednesday, September 26, 2007 4:18 PM
**To:** Isom, Sandra C.
**Subject:** Bibo v. Federal Express, Inc.

Sandra: Sorry I missed your letter from yesterday. The ADR Stipulation and Order you sent me as an attachment to that letter looks fine. I will call you sometime tomorrow concerning the initial disclosures. On an unrelated matter, weren't you going to fax me a copy of the complaint in the "new" class action.

Daniel L. Feder, Esq.
The Law Offices of Daniel L. Feder
807 Montgomery Street
San Francisco, CA 94133
Tel: (415) 391-9476
Fax: (415) 391-9432
www.dfederlaw.com

This electronic message originates from the Law Offices of Daniel L. Feder. The message and any file transmitted with it contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against disclosure or unauthorized use. The information contained in this message and any file transmitted with it is transmitted in this form based on a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413. Any disclosure, distribution, copying, or use of the information by anyone other than then intended recipient is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to the Law Offices of Daniel L. Feder.