Case 3:07-CV 02505-THE                                    Bibo, et al. v. Federal Express, Inc., et al.

**Daniel L. Feder, Esq., SB # 130867**
**The Law Offices of Daniel L. Feder**
807 Montgomery Street
San Francisco, CA  94133
Telephone: (415) 391-9476
Facsimile: (415) 391-9432
Email: danfeder@pacbell.net

Attorneys for **Plaintiffs**
Paul Bibo, Georgia Shields, Alex Galvez,
Marc Garvey, Bryan Peter, and all other similarly situated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BIBO, an individual, and GEORGIA SHIELDS, an individual, and ALEX GALVEZ, an individual, MARC GARVEY, an individual; BRYAN PETER, an individual, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>FEDERAL EXPRESS, INC., a Delaware Corporation, and DOES 1-500, inclusive,<br><br>    Defendants. | Case No.: C 07-02505 TEH<br><br>**PLAINTIFFS RULE 25(F) REPORT**<br><br>Conference Date:  October 15, 2007<br>Time:                    1:30 p.m.<br>Place:                   Dept. 12, 19th Floor<br><br>Honorable Thelton E. Henderson<br><br>Trial Date:             None Set |

Case 3:07-CV 02505-THE                                    Bibo, et al. v. Federal Express, Inc., et al.

Plaintiffs file this proposed Rule 26(f) report, having been unable to confer with defense counsel despite recent attempts to do so.

1. Rule 26(a) (1) disclosures should be completed by November 25, 2007.

2. Discovery is necessary with respect to proposed certification and merits (liability and damages) and should initially focus on certification Discovery should be completed by August 30, 2008.

3. Plaintiffs do not anticipate technical issues with respect to the disclosure of electronically stored information or the forms in which they might be requested and produced.

4. Plaintiffs anticipate an agreement will be made regarding the return of any inadvertently disclosed information.

5. No changes in the limitations on discovery imposed under the rules should be imposed.

6. No other orders under Rule 26 c or Rule 16(b) and (c) are suggested.

Dated: October 12, 2007                        LAW OFFICES OF DANIEL L. FEDER

_____/s/_____
Daniel L. Feder
Attorneys for Plaintiffs

**PLAINTIFFS' RULE 26(F) REPORT**
**Case No. : C 07-02505 TEH**                - 2 -