UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### *CIVIL MINUTES*

**Judge:  Thelton E. Henderson**

**Date**:  October 15, 2007

**Case No:** C 07-02505 TEH

**Case Title**:  PAUL BIBO v. FEDERAL EXPRESS INC

**Appearances:**

      For Plaintiff(s): Daniel Feder

      For Defendant(s): Sandra Isom

**Deputy Clerk**:  Rowena B. Espinosa        **Court Reporter**: not reported

### *PROCEEDINGS*

1.  Initial Case Management Conference - held

MOTION/MATTER: ( ) Granted
                     ( ) Denied
                     ( ) Granted in part/Denied in part
                     ( ) Taken under submission
                     ( ) Withdrawn/Off Calendar
                     (X) Continued to: **Monday, 01/14/08 @ 1:30 PM for Further CMC**

### *SUMMARY*

- Parties shall file a joint CMC statement 7 days prior to the next hearing.
- Parties to begin their discovery as soon as possible.