IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN LEVY,<br><br>    Plaintiff<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>    Defendants<br>_____ / | No. C-07-4674 MMC<br><br>**ORDER OF REFERRAL** |

    The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Thelton E. Henderson for consideration of whether the case is related to Bibo v. Federal Express, Inc., 07-2505 TEH.  (See Def.'s Notice of Pendency of Other Actions, filed November 9, 2007 at 2:4-7, 21-24.)

    **IT IS SO ORDERED.**

Dated: November 13, 2007

                                            MAXINE M. CHESNEY
                                            United States District Judge