IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FORRAND, et al., | No. C-07-4674 MMC |
| Plaintiffs | |
| v. | **ORDER OF REFERRAL** |
| FEDERAL EXPRESS CORPORATION, | |
| Defendants | |
| _____/ | |

    The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Thelton E. Henderson for consideration of whether the case is related to Bibo v. Federal Express, Inc., 07-2505 TEH.  (See Def.'s Notice of Pendency of Other Actions, filed November 9, 2007 at 2:4-7, 21-24.)

    **IT IS SO ORDERED.**

Dated: November 13, 2007

_____
MAXINE M. CHESNEY
United States District Judge