1  SANDRA C. ISOM, Bar No. 157374
   FEDERAL EXPRESS CORPORATION
2  3620 Hacks Cross Road
   Building B, Third Floor
3  Memphis, Tennessee 38125
   Telephone:     901-434-8526
4  Fax No.:       901-434-9271
   E-mail:  scisom@fedex.com
5
   KEITH A JACOBY, Bar No. 150233
6  LITTLER MENDELSON
   A Professional Corporation
7  2049 Century Park East, 5th Floor
   Los Angeles, CA  90067-3107
8  Telephone:     310-553-0308
   Fax No.:       310-553-5583
9  E-mail:  kjacoby@littler.com

10 Attorneys for Defendant
   FEDERAL EXPRESS CORPORATION

11

UNITED STATES DISTRICT COURT

12

FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14  PAUL BIBO, an individual, and           Case No. C07-02505 TEH
    GEORGIA SHIELDS, an individual,
15  and ALEX GALVEZ, an individual,
    MARC GARVEY, an individual;            **DEFENDANT FEDERAL EXPRESS
16  BRYAN PETER, an individual,             CORPORATION'S SECOND
    individually and on behalf of all       SUPPLEMENTAL NOTICE OF
17  other similarly situated,                PENDENCY OF OTHER ACTIONS
                                            PURSUANT TO LOCAL RULE 3-13**
18                 Plaintiffs,

19         v.

20  FEDERAL EXPRESS INC., a
    Delaware Corporation, and DOES
21  1-500, inclusive,

22                 Defendants.

23

24

25

26

27

28

1       FEC's Second Supp. Notice of Pendency of
        Other Actions - Case No. C07-02505

Pursuant to the Northern District of California's Local Rule 3-13, Defendant Federal Express Corporation ("FedEx") hereby states and supplements that, to its knowledge, this action involves all or a material part of the same subject matter and all or substantially all of the same parties as two other actions pending. In the United States District Court for the Central District of California (Los Angeles), entitled *Brown, et. al., v. Federal Express Corporation*, Case No. CV-07-5011 GPS (SSx) is pending. In the United States District Court for the Northern District also is pending *Forrand, Karamian, Green and Colon v. Federal Express Corporation,* Case No. 3:07-CV-04674-MMC.[1]

The instant action, *Brown* and *Forrand* involve current or former FedEx hourly non-exempt California employees as potential class members and claims for alleged violations of California wage and hour laws. Each case alleges, in substantial and material part, unpaid wages and failure to provide meal and rest periods. *Bibo* plaintiffs seek to represent couriers. *Brown* plaintiffs seek to represent couriers and transport drivers. *Forrand* plaintiffs seek to represent all hourly non-exempt California-based FedEx employees excluding couriers, courier-handlers and service agents.

Transfer pursuant to Title 28 U.S.C. §1407 (Multi-District Litigation) is likely not appropriate because only three cases bear the similarities at issue. Coordination or

---

[1] Pursuant to L.R. 3-12 FedEx will address the issue of whether *Forrand, et. al. v. FedEx,* Case No. 3:07-04674 MMC should be related to this matter, in response to the recent order of referral entered

a stay of this matter may be appropriate to avoid conflicts in factual and legal determinations, conserve resources, and promote an efficient determination of the action.

While FedEx will contest class certification in these cases, a determination of the same or substantially related or similar questions of law and fact is required, such that they would entail substantial duplication of labor if heard by different judges, whether certified or not.[2]

Dated: November 15, 2007

    /s/ Sandra C. Isom
SANDRA C. ISOM
FEDERAL EXPRESS CORPORATION

and

KEITH A. JACOBY
LITTLER MENDELSON
A Professional Corporation

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

Doc# 707053

---

by Judge Chesney.

[2] While FedEx contends that the facts and legal issues in these actions are similar to each other, it denies that plaintiffs meet the standards of commonality and typicality required for class certification in any of the cases.

3   FEC's Second Supp. Notice of Pendency of Other Actions - Case No. C07-02505