IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BIBO, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>FEDERAL EXPRESS, INC.,<br><br>    Defendant. | NO. C07-2505 TEH<br><br>ORDER RELATING CASES |
| DANIEL FORRAND, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>FEDERAL EXPRESS CORP.,<br><br>    Defendant. | NO. C07-4674 MMC |

On November 13, 2007, the Honorable Maxine M. Chesney referred *Forrand, et al. v. Federal Express Corporation*, Case No. C07-4674 MMC, to this Court for consideration of whether it was related to *Bibo v. Federal Express, Inc.*, Case No. C07-2505 TEH. Defendant Federal Express filed a response in support of relating the two cases, but neither set of plaintiffs responded. The time for filing a response under Civil Local Rule 3-12 has now expired.

Having reviewed Federal Express's papers and the files of both cases, the Court finds that the two cases meet the requirements for relation under Civil Local Rule 3-12. Accordingly, IT IS HEREBY ORDERED that these two cases are related. Pursuant to Civil

1  Local Rule 3-12(f)(3), the Clerk shall reassign *Forrand* to the undersigned judge. Counsel
2  are instructed that all future filings shall bear the initials "TEH" immediately after the case
3  number.

5  **IT IS SO ORDERED.**

7  Dated:   12/03/07

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT