SANDRA C. ISOM, Bar No. 157374
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road
Building B, Third Floor
Memphis, Tennessee 38125
Telephone:      901-434-8526
Fax No.:        901-434-9271
E-mail:  scisom@fedex.com

KEITH A JACOBY, Bar No. 150233
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA  90067-3107
Telephone:      310-553-0308
Fax No.:        310-553-5583
E-mail:  kjacoby@littler.com

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

DANIEL L. FEDER, Bar No. 130867
807 Montgomery Street
San Francisco, CA 94133
Telephone: (415) 391-9476
Fax: (415) 391-9432
E-mail: danfeder@pacbell.net

Attorneys for Plaintiffs
Paul Bibo, Georgia Shields, Alex Galvez, Marc Garvey,
Bryan Peter, and all others similarly situated

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BIBO, an individual, and GEORGIA SHIELDS, an individual, and ALEX GALVEZ, an individual, MARC GARVEY, an individual; BRYAN PETER, an individual, individually and on behalf of all other similarly situated,<br><br>           Plaintiffs,<br><br>   v.<br><br>FEDERAL EXPRESS INC., a Delaware Corporation, and DOES 1-500, inclusive,<br><br>        Defendants. | Case No. C 07-02505 TEH<br><br>**JOINT RULE 26(f) REPORT**<br><br>CMC: January 14, 2008<br>Time: 1:30 p.m.<br><br>Trial Date: None Set |

Plaintiffs and Defendant jointly file this proposed Fed. R. Civ. Proc. Rule 26(f) report with the following discovery plan:

1) Rule 26(a)(1) disclosures have been completed.

2) Discovery is anticipated regarding certification, liability, and damages and should initially focus on certification. Discovery should be completed by August 30, 2008; Certification Expert Disclosure: October 1, 2008; Rebuttal Expert Disclosure: October 31, 2008. Certification expert discovery and merits expert disclosures and discovery deadlines shall be governed by Rule 26(a)(2)(C).

3) The parties do not anticipate technical issues with respect to the disclosure of electronically stored information or the forms in which they might be requested and produced as there is flexibility with respect to how the data can be produced.

4) The parties do not anticipate issues relating to claims of privilege or protection of trial preparation materials at this time. It is doubtful that any electronic data sought will contain privilege matters or trial prep material. If privileged materials are inadvertently disclosed, the parties agree to inform the other party within five business days of discovering such disclosure or receipt of privileged materials by providing a copy of the information to the other party. Within two business days thereafter, the party in receipt of the inadvertently disclosed privileged must inform the other party of its intent to either return all copies of the inadvertently disclosed information and agree to not use it. In the event the receiving party refuses to return all copies and agree not to use the information, disclosing party shall promptly seek relief form the Court.

5) No changes in the limitations on discovery imposed under the rules should be imposed.

6) No other orders under rule 26(c) or Rule 16 (b) and (c) are suggested.

Dated: January 3, 2008

_____/s/ Sandra C. Isom_____
Sandra C. Isom
FEDERAL EXPRESS CORPORATION

and

Keith A. Jacoby
LITTLER MENDELSON
A Professional Corporation

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

AND

Dated: January 3, 2008

_____/s/ Daniel L. Feder_____
Daniel L. Feder
LAW OFFICES OF DANIEL L. FEDER

Doc. No. 711950