IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL BIBO, et al.,

            Plaintiffs,

    v.

FEDERAL EXPRESS INC.,

            Defendant.

NO. C07-2505 TEH

ORDER CONTINUING CASE MANAGEMENT CONFERENCE

    IT IS HEREBY ORDERED that the case management conference scheduled for January 14, 2008, shall be continued to **January 28, 2008, at 1:30 PM**.

**IT IS SO ORDERED.**

Dated: 01/04/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT