UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge: Thelton E. Henderson**

**Date**: January 28, 2008

**Case No:** C 07-02505 TEH

**Case Title**: PAUL BIBO v. FEDERAL EXPRESS INC

**Appearances:**

    For Plaintiff(s): Daniel Feder

    For Defendant(s): Sandra Isom

**Deputy Clerk**: Rowena B. Espinosa        **Court Reporter**: not reported

## *PROCEEDINGS*

1. Case Management Conference - held

MOTION/MATTER:   ( ) Granted
                    ( ) Denied
                    ( ) Granted in part/Denied in part
                    ( ) Taken under submission
                    ( ) Withdrawn/Off Calendar
                    (X) Continued to: **Monday, 04/28/08 at 1:30 PM for Further CMC**

## *SUMMARY*

- Parties shall file a joint CMC statement 7 days prior to the next hearing.
- The parties are engaged in private mediation.