UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge:  Thelton E. Henderson**

**Date**:  April 28, 2008

**Case No:** C 07-02505 TEH

**Case Title**:  PAUL BIBO, et al.  v. FEDERAL EXPRESS INC.

**Appearances:**

    For Plaintiff(s): Daniel Feder

    For Defendant(s): Sandra Isom

**Deputy Clerk**:  Rowena B. Espinosa        **Court Reporter**: not reported

## *PROCEEDINGS*

1.  Case Management Conference - held

MOTION/MATTER: ( ) Granted
                    ( ) Denied
                    ( ) Granted in part/Denied in part
                    ( ) Taken under submission
                    ( ) Withdrawn/Off Calendar
                    (X) Continued to: **Monday, 03/02/09 at 10:00 AM for Motion Hearing**

## *SUMMARY*

- Class certification motion to be filed by 11/14/07; response by 01/12/09; reply by 02/09/09; to be heard on 03/02/09.