IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BIBO, et al., | No. C 07-02505 TEH |
| Plaintiff, | **Clerk's Notice** |
| v. | **Scheduling Further Case Management Conference** |
| FEDERAL EXPRESS INC, | |
| Defendant. / | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not listed on the attached certificate of service)

YOU ARE NOTIFIED THAT the Court has scheduled a *Further Case Management Conference* for **Monday, 08/25/08** at **1:30 PM**, before the Honorable Thelton E. Henderson.   Please report to Courtroom 12, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.   Not less than 7 days prior parties shall submit a joint case management conference statement.

Dated: April 28, 2008                              FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
R. B. Espinosa
Deputy Clerk