Case 3:07-CV 02505-THE                                    Bibo, et al. v. Federal Express, Inc., et al.

1  **Daniel L. Feder, Esq., SB # 130867**
   **The Law Offices of Daniel L. Feder**
2  807 Montgomery Street
   San Francisco, CA 94133
3  Telephone: (415) 391-9476
   Facsimile: (415) 391-9432
4  Email: danfeder@pacbell.net

5

6  Attorneys for **Plaintiffs**
   Paul Bibo, Georgia Shields, Alex Galvez,
7  Marc Garvey, Bryan Peter, and all other similarly situated

8                    UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  PAUL BIBO, an individual, and GEORGIA    )   Case No.: C 07-02505 TEH
    SHIELDS, an individual, and ALEX         )
12  GALVEZ, an individual, MARC GARVEY,      )   STIPULATION OF DISMISSAL
    an individual; BRYAN PETER, an individual,)
13  individually and on behalf of all others )
14  similarly situated,                      )
                                             )
15          Plaintiffs,                      )
                                             )
16      vs.                                  )
                                             )
17                                           )
    FEDERAL EXPRESS, INC., a Delaware        )
18  Corporation, and DOES 1-500, inclusive,  )
                                             )
19          Defendants.                      )

20

21

22

23

24

25

26

27

28

Notice of Voluntary Dismissal
Case No.: C 07-02505 TEH                    - 1 -

Case 3:07-CV 02505-THE                                                  Bibo, et al. v. Federal Express, Inc., et al.

1      IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that Paul Bibo and Georgia Shields be and hereby are dismissed without
3  prejudice pursuant to FRCP 41 (a)(1).
4
5  Dated: July 30, 2008                      LAW OFFICES OF DANIEL L. FEDER
6
7
8                                                    Daniel L. Feder
9                                                 Attorneys for Plaintiffs
10
11
    Dated: July 31, 2008                     FEDERAL EXPRESS CORPORATION
12
13
14
15                                                Sandra C. Isom
16                                              Attorney for Defendants
17
18
19
20 IT IS SO ORDERED.
21 Dated: _____
22
23
24 _____
    The Honorable Thelton Henderson
25 United State District Court Judge
26
27
28

Notice of Voluntary Dismissal
Case No.: C 07-02505 TEH               - 2 -