UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CIVIL MINUTES

**Judge:** Thelton E. Henderson

**Date**: August 25, 2008

**Case No:** C 07-02505 TEH

**Case Title**: PAUL BIBO, et al. v. FEDERAL EXPRESS INC.

**Appearances:**

    For Plaintiff(s): Daniel Feder

    For Defendant(s): Sandra Isom

**Deputy Clerk**: Rowena B. Espinosa    **Court Reporter**: not reported

### PROCEEDINGS

1. Case Management Conference - held

MOTION/MATTER:  ( ) Granted
                       ( ) Denied
                       ( ) Granted in part/Denied in part
                       ( ) Taken under submission
                       ( ) Withdrawn/Off Calendar
                       (X) Continued to: **Monday, 11/24/08 at 1:30 PM for Further CMC**

### SUMMARY

- Parties shall file a joint CMC statement 7 days prior.