Case 3:07-CV 02505-THE												Bibo, et al. v. Federal Express, Inc., et al.

**Daniel L. Feder, Esq., SB # 130867**
**The Law Offices of Daniel L. Feder**
807 Montgomery Street
San Francisco, CA 94133
Telephone: (415) 391-9476
Facsimile: (415) 391-9432
Email: danfeder@pacbell.net

Attorneys for **Plaintiffs**
Paul Bibo, Georgia Shields, Alex Galvez,
Marc Garvey, Bryan Peter, and all other similarly situated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BIBO, an individual, and GEORGIA SHIELDS, an individual, and ALEX GALVEZ, an individual, MARC GARVEY, an individual; BRYAN PETER, an individual, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL EXPRESS, INC., a Delaware Corporation, and DOES 1-500, inclusive,<br><br>Defendants. | Case No.: C 07-02505 TEH<br><br>STIPULATION OF DISMISSAL |

Notice of Voluntary Dismissal
Case No.: C 07-02505 TEH                    - 1 -

Case 3:07-CV 02505-THE                                       Bibo, et al. v. Federal Express, Inc., et al.

1      IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that Paul Bibo and Georgia Shields be and hereby are dismissed without
3  prejudice pursuant to FRCP 41 (a)(1).

5  Dated: July 30, 2008                        LAW OFFICES OF DANIEL L. FEDER

                                                          Daniel L. Feder
                                                       Attorneys for Plaintiffs

11 Dated: July 31, 2008                        FEDERAL EXPRESS CORPORATION

                                                       Sandra C. Isom
                                                       Attorney for Defendants

20 IT IS SO ORDERED.

21 Dated: 08/25/08

24 The Honorable Thelton E. Henderson
25 United States District Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]*

Notice of Voluntary Dismissal
Case No.: C 07-02505 TEH          - 2 -