Case 3:07-CV 02505-THE

Bibo, et al. v. Federal Express, Inc., et al.

1  Daniel L. Feder, Esq., SB # 130867
   The Law Offices of Daniel L. Feder
2  807 Montgomery Street
   San Francisco, CA 94133
3  Telephone: (415) 391-9476
   Facsimile: (415) 391-9432
4  Email: danfeder@pacbell.net

5

6  Attorneys for **Plaintiffs**
   Paul Bibo, Georgia Shields, Alex Galvez,
7  Marc Garvey, Bryan Peter, and all other similarly situated

8               UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 PAUL BIBO, an individual, and GEORGIA ) Case No.: C 07-02505 TEH
   SHIELDS, an individual, and ALEX      )
12 GALVEZ, an individual, MARC GARVEY,   ) STIPULATION OF DISMISSAL
   an individual; BRYAN PETER, an individual, )
13 individually and on behalf of all others )
   similarly situated,                    )
14                                         )
15          Plaintiffs,                    )
                                           )
16     vs.                                 )
                                           )
17                                         )
   FEDERAL EXPRESS, INC., a Delaware      )
18 Corporation, and DOES 1-500, inclusive, )
                                           )
19          Defendants.                    )

20
21
22
23
24
25
26
27
28

Notice of Voluntary Dismissal
Case No.: C 07-02505 TEH                    -1-


Case 3:07-CV 02505-THE                                    Bibo, et al. v. Federal Express, Inc., et al.

1   IT IS HEREBY STIPULATED by and between the parties to this action through their
2   designated counsel that Bryan Peters be and hereby ~~are~~ is dismissed without prejudice pursuant to
3   FRCP 41 (a)(1).
4
5   Dated: September 30, 2008                LAW OFFICES OF DANIEL L. FEDER
6
7
8                                            _____
                                             Daniel L. Feder
9                                            Attorneys for Plaintiffs
10
11  Dated: October 1, 2008                   FEDERAL EXPRESS CORPORATION
12
13
14                                           _____
15                                           Sandra C. Isom
                                             Attorney for Defendants
16
17
18
19
20  IT IS SO ORDERED.
21  Dated: 10/02/08
22
23
24  _____
    The Honorable Thelton Henderson
25  United States District C...
                                             Judge Thelton E. Henderson
26
27
28

Notice of Voluntary Dismissal
Case No.: C 07-02505 TEH                           - 2 -