Daniel L. Feder, Esq., SB # 130867
Peter B. Fredman, Esq., SB #189097
**LAW OFFICES OF DANIEL L. FEDER**
807 Montgomery Street
San Francisco, CA  94133
Telephone: (415) 391-9476
Facsimile: (415) 391-9432
Email: danfeder@pacbell.net
       peterfredman@sbcglobal.net

Attorneys for Plaintiffs
Paul Bibo, Georgia Shields, Alex Galvez,
Marc Garvey, Bryan Peter, and all others
similarly situated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BIBO, an individual, and GEORGIA SHIELDS, an individual, and ALEX GALVEZ, an individual, MARC GARVEY, an individual; BRYAN PETER, an individual, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>  vs.<br><br>FEDERAL EXPRESS, INC., a Delaware Corporation, and DOES 1-500, inclusive,<br><br>       Defendants. | Case No.: C 07-02505 TEH<br><br>**STIPULATION AND ~~(PROPOSED)~~ ORDER TO EXTEND DEADLINE FOR FILING REPLY MEMORANDUM IN SUPPORT OF MOTION FOR CLASS CERTIFICATION FROM FEBRUARY 9, 2009 TO FEBRUARY 16, 2009**<br><br>Hearing Date:  March 2, 2009<br>Time:  10:00 a.m.<br>Place:  Dept. 12, 19th Floor<br><br>Honorable Thelton E. Henderson<br><br>Trial Date:  None Set |

## RECITALS

WHEREAS, this matter is scheduled for hearing on class certification on March 2, 2009;

WHEREAS, Plaintiffs filed their moving papers on November 14, 2008;

WHEREAS, on January 8, 2009, the Court granted Defendant's consent motion to extend the page limit for its opposition memorandum to 35 pages;

WHEREAS, Defendant filed its opposition papers on January 12, 2009;

**STIPULATION AND (PROPOSED) OR TO EXTEND DEADLINE FOR FILING REPLY MEMORANDUM IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**
**Case No. : C 07-02505 TEH**

- 1 -

1  WHEREAS, Defendant's opposition papers included, in addition to the 35 page extended brief (Docket No. 75), hundreds and hundreds of pages of supporting materials (Dockets Nos. 76 through 86 plus attachments);

4  WHEREAS, Plaintiffs' reply memorandum was due for filing on February 9, 2009;

5  WHEREAS, Plaintiffs seek additional time to review the materials submitted in opposition and prepare their reply brief;

7  THEREFORE,

8  Plaintiffs hereby request, and Defendant stipulates, that Plaintiffs' time to file their reply memorandum and supporting papers be extended to February 16, 2009.

## STIPULATION

**IT IS SO STIPULATED**

DATED: February 2, 2009

LAW OFFICES OF DANIEL L. FEDER

By: /S/ Peter Fredman
Peter B. Fredman
Attorneys for Plaintiffs
Paul Bibo, Georgia Shields, Alex Galvez, Marc Garvey, Bryan Peter, and all others similarly situated

DATED: February 2, 2009

FEDERAL EXPRESS CORPORATION

By: /S/ Sandra C. Isom
Sandra C. Isom
Attorneys for Defendant
Federal Express Corporation

**STIPULATION AND (PROPOSED) OR TO EXTEND DEADLINE FOR FILING REPLY MEMORANDUM IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**
**Case No. : C 07-02505 TEH**

1  ECF CERTIFICATION:  I, Peter Fredman, the filer of this ECF Document, hereby certify that
2  the concurrence to this stipulation has been obtained by ECF registrant: Sandra Colene Isom.
3  /s/ Peter Fredman

## **ORDER**

**IT IS SO ORDERED**

Plaintiffs' Reply Brief in support of their Motion For Class Certification shall be due February 16, 2009 instead of February 9, 2009.

Dated: 02/03/09      _____
Hon. Thelton E. Henderson
United States District Court Judge

*[Seal of United States District Court, Northern District of California — Judge Thelton E. Henderson]*

STIPULATION AND (PROPOSED) OR TO EXTEND DEADLINE FOR FILING REPLY MEMORANDUM IN SUPPORT OF MOTION FOR CLASS CERTIFICATION
Case No. : C 07-02505 TEH

- 3 -