**United States District Court**
For the Northern District of California

1

2

3

4                    IN THE UNITED STATES DISTRICT COURT

5

6                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8

9    PAUL BIBO, et al.,

10                              Plaintiffs,

11             v.                                    NO. C 07-2505 TEH

12    FEDERAL EXPRESS, INC., and                     ORDER CONTINUING
      DOES 1-500,                                    HEARING ON PLAINTIFFS'
13                                                   MOTION FOR CLASS
                              Defendants.            CERTIFICATION
14

15

16          To accommodate the Court's calendar, the hearing on Plaintiffs' Motion for Class

17   Certification currently set for March 2, 2009 is hereby CONTINUED to **10 A.M. on March**

18   **30, 2009.**  As all papers are submitted for this motion, the Court will accept no additional

19   filings.

20

21   **IT IS SO ORDERED.**

22

23   Dated: February 24, 2009        _____

24                                   THELTON E. HENDERSON, JUDGE
                                     UNITED STATES DISTRICT COURT
25

26

27

28