SANDRA C. ISOM, Bar No. 157374
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road
Building B, Third Floor
Memphis, TN 38125
Telephone: 901-434-8526
Fax No.: 901-434-9271
E-mail: scisom@fedex.com

KEITH A JACOBY, Bar No. 150233
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA 90067-3107
Telephone: 310-553-0308
Fax No.: 310-553-5583
E-mail: kjacoby@littler.com

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

DANIEL L. FEDER, Bar No. 130867
807 Montgomery Street
San Francisco, CA 94133
Telephone: (415) 391-9476
Fax: (415) 391-9432
E-mail: danfeder@pacbell.net

Attorneys for Plaintiffs
Paul Bibo, Georgia Shields, Alex Galvez, Marc Garvey,
Bryan Peters, and all others similarly situated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BIBO, an individual, and GEORGIA SHIELDS, an individual, and ALEX GALVEZ, an individual, MARC GARVEY, an individual; BRYAN PETER, an individual, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL EXPRESS INC., a Delaware Corporation, and DOES 1-500, inclusive,<br><br>Defendants. | Case No. C 07-02505 TEH<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE TELEPHONIC CASE MANAGEMENT CONFERENCE |

1   WHEREAS a telephonic Case Management Conference is currently
2   scheduled in this matter for May 4, 2009.
3   WHEREAS Counsel for the Plaintiffs and Defendant have agreed that a
4   short continuance is needed due to scheduling conflicts and Plaintiffs' counsel is
5   currently in trial.
6   THEREFORE, pursuant to Local Rules 16-2(e) and 7-12, the parties
7   stipulate and request as follows:
8   That the telephonic Case Management Conference shall be continued to
9   June 22, 2009 at 1:30 p.m., if such date is convenient for the Court, or the first
10  available date thereafter.

Dated: April 29, 2009

*Sandra C. Isom*
FEDERAL EXPRESS CORPORATION

and

Keith A. Jacoby
LITTLER MENDELSON
A Professional Corporation

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

and

Dated: April 29, 2009

*Daniel L. Feder*
LAW OFFICES OF DANIEL L. FEDER

2

STIP. & ORDER RE: CMC
C07-2505 TEH

PURSUANT TO STIPULATION,
IT IS SO ORDERED.

Dated: 4/29, 2009

_____
The Honorable Thelton E. Henderson
United State District Court Judge

Doc. No. 774827