1  SANDRA C. ISOM, Bar No. 157374
   FEDERAL EXPRESS CORPORATION
2  3620 Hacks Cross Road
   Building B, Third Floor
3  Memphis, TN 38125
   Telephone:    901-434-8526
4  Fax No.:      901-434-9271
   E-mail: scisom@fedex.com
5
   KEITH A JACOBY, Bar No. 150233
6  LITTLER MENDELSON
   A Professional Corporation
7  2049 Century Park East, 5th Floor
   Los Angeles, CA  90067-3107
8  Telephone:    310-553-0308
   Fax No.:      310-553-5583
9  E-mail: kjacoby@littler.com

10 Attorneys for Defendant
   FEDERAL EXPRESS CORPORATION
11
   DANIEL L. FEDER, Bar No. 130867
12 807 Montgomery Street
   San Francisco, CA 94133
13 Telephone: (415) 391-9476
   Fax: (415) 391-9432
14 E-mail: danfeder@pacbell.net

15 Attorneys for Plaintiffs
   Paul Bibo, Georgia Shields, Alex Galvez, Marc Garvey,
16 Bryan Peters, and all others similarly situated

17                    UNITED STATES DISTRICT COURT

18                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

19

20 PAUL BIBO, an individual, and         Case No. C 07-02505 TEH
   GEORGIA SHIELDS, an individual,
   and ALEX GALVEZ, an individual,
21 MARC GARVEY, an individual;           **STIPULATION AND [PROPOSED]**
   BRYAN PETER, an individual,           **ORDER TO CONTINUE**
22 individually and on behalf of all     **TELEPHONIC CASE MANAGEMENT**
   other similarly situated,             **CONFERENCE**
23
                Plaintiffs,
24
       v.
25
   FEDERAL EXPRESS INC., a
26 Delaware Corporation, and DOES
   1-500, inclusive,
27
                Defendants.
28

                                    1    STIP. & ORDER RE: CMC
                                         C07-2505 TEH

WHEREAS a telephonic Case Management Conference is currently scheduled in this matter for August 10, 2009.

WHEREAS Counsel for the Plaintiffs and Defendant have agreed that a continuance of 30 days is needed due to the fact that Defendant's Rule 23(f) petition is still pending before the Ninth Circuit.

WHEREAS this stipulation is filed a week prior to the deadling for filing a Joint CMC statement because Defendant's counsel will be unavailable from July 27-August 4, 2009.

THEREFORE, pursuant to Local Rules 16-2(e) and 7-12, the parties stipulate and request as follows:

That the telephonic Case Management Conference shall be continued to September 14, 2009 at 1:30 p.m., if such date is convenient for the Court, or the first available date thereafter.

Defendant's counsel shall initiate the call and conference in the Court when all counsel are present.

The parties shall file a Joint CMC statement seven court days prior to the Conference or may file another stipulation to continue the Joint CMC if the Rule 23(f) petition remains pending.

Dated: July 24, 2009                /s/Sandra C. Isom
                                    Sandra C. Isom
                                    FEDERAL EXPRESS CORPORATION

                                    and

                                    Keith A. Jacoby
                                    LITTLER MENDELSON
                                    A Professional Corporation

                                    Attorneys for Defendant
                                    FEDERAL EXPRESS CORPORATION

                                    and

| | | |
|---|---|---|
| 1 | Dated: July 24, 2009 | /s/Daniel L. Feder_____ |
| 2 | | Daniel L. Feder |
| | | LAW OFFICES OF DANIEL L. FEDER |

PURSUANT TO STIPULATION,
IT IS SO ORDERED.

Dated:  ____07/28 __, 2009

_____
The Honorable Thelton E. Henderson
United State District C...

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA, signature of Judge Thelton E. Henderson]

Doc. No. 785743