1  MICHAEL VON LOEWENFELDT (178665)
   E-mail: mvl@kerrwagstaffe.com
2  MICHAEL NG (237915)
   E-mail: mng@kerrwagstaffe.com
3  JACQUELINE SCOTT CORLEY (173752)
   E-mail: corley@kerrwagstaffe.com
4  **KERR & WAGSTAFFE LLP**
   100 Spear Street, Suite 1800
5  San Francisco, CA 94105–1528
   Telephone: (415) 371-8500
6  Fax: (415) 371-0500

7  Daniel L. Feder (130867)
   E-mail: danfeder@pacbell.net
8  **LAW OFFICES OF DANIEL FEDER**
   807 Montgomery
9  Street San Francisco, CA 94133
   Telephone: (415) 391-9476
10 Fax: (415) 391-9432

11 Attorneys for
   PAUL BIBO, GEORGIA SHIELDS, ALEX
12 GALVEZ, MARC GARVEY, BRYAN PETER, on
   behalf of all other similarly situated
13

14              **UNITED STATES DISTRICT COURT**

15            **NORTHERN DISTRICT OF CALIFORNIA**

16 PAUL BIBO, an individual, GEORGIA          Case No. C 07-02505 TEH
   SHIELDS, an individual, ALEX GALVEZ, an
17 individual, MARC GARVEY, an individual,     **STIPULATION AND [PROPOSED]
   and BRYAN PETER, an individual,             ORDER CONTINUING MOTION FOR
18 individually and on behalf of all other similarly   LEAVE TO AMEND COMPLAINT**
   situated,
19

20    Plaintiffs,

21 v.

22 FEDERAL EXPRESS INC., a Delaware
   Corporation, and DOES 1-500, inclusive,
23

24    Defendants.

25

26

27

28

KERR
& WAGSTAFFE
LLP

1

## STIPULATION

2      WHEREAS, Plaintiff's Motion for Leave to Amend Complaint is currently scheduled for

3   hearing on Monday April 19, 2010, at 10:00 a.m.;

4      WHEREAS, the parties have met and conferred and agreed upon a new hearing date of

5   Monday, May 3, 2010 at 10:00 a.m.;

6      WHEREAS, continuing the Motion to Amend Complaint currently set for April 19, 2010,

7   would promote judicial efficiency and preserve the resources of both parties;

8      IT IS HEREBY STIPULATED THAT the Motion to Amend Complaint currently

9   scheduled for April 19, 2010 shall be continued to May 3, 2010.

10   DATED: March 22, 2010                      **KERR & WAGSTAFFE LLP**

11                                        By _____s/_____
                                             JACQUELINE SCOTT CORLEY
12

13                                           Attorneys for
                                             PAUL BIBO, GEORGIA SHIELDS, ALEX
14                                           GALVEZ, MARC GARVEY, BRYAN PETER, on
                                             behalf of all other similarly situated
15

16   DATED: March 22, 2010                      **FEDERAL EXPRESS CORPORATION**

17                                        By _____s/_____
                                             SANDRA C. ISOM
18

19                                           Attorney for
                                             FEDERAL EXPRESS CORPORATION

20

21

22

23

24

25

26

27

28

– 1 –

KERR
WAGSTAFFE
LLP

1

**[~~PROPOSED~~] ORDER**

2        PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT the the Motion to

3   Amend Complaint currently scheduled for April 19, 2010 shall be continued to May 3, 2010.

4

5        IT IS SO ORDERED.

6

7   DATED: _____03/24/10_____        _____

8                                        THELTON E. HENDERSON, JUDGE
                                         UNITED STATES DISTRICT COURT



9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

KERR
&
WAGSTAFFE
LLP

1    I, Jacqueline Scott Corley, am the ECF User whose ID and password are being used to

2 file this Stipulation and [Proposed] Order.  In compliance with General Order 45, X.B., I hereby

3 attest that Karl Olson, Counsel for Non-Party, has concurred in this filing.

4

5 DATED:  March 22, 2010                          **KERR & WAGSTAFFE LLP**

6

7                                                    By    _____s/_____
                                                               JACQUELINE SCOTT CORLEY

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C 07-02505 TEH                          STIPULATION AND [PROPOSED] ORDER CONTINUING
                                                          MOTION FOR LEAVE TO AMEND COMPLAINT

KERR
&
WAGSTAFFE
LLP