SANDRA C. ISOM, Bar No. 157374
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road
Building B, Third Floor
Memphis, TN 38125
Telephone:    901-434-8526
Fax No.:       901-434-9271
E-mail:  scisom@fedex.com

KEITH A JACOBY, Bar No. 150233
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA  90067-3107
Telephone:    310-553-0308
Fax No.:       310-553-5583
E-mail:  kjacoby@littler.com

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

DANIEL L. FEDER, Bar No. 130867
807 Montgomery Street
San Francisco, CA 94133
Telephone: (415) 391-9476
Fax: (415) 391-9432
E-mail: danfeder@pacbell.net

Attorneys for Plaintiffs
Paul Bibo, Georgia Shields, Alex Galvez, Marc Garvey,
Bryan Peters, and all others similarly situated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BIBO, an individual, and GEORGIA SHIELDS, an individual, and ALEX GALVEZ, an individual, MARC GARVEY, an individual; BRYAN PETER, an individual, individually and on behalf of all other similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>FEDERAL EXPRESS INC., a Delaware Corporation, and DOES 1-500, inclusive,<br><br>    Defendants. | Case No. C 07-02505 TEH<br><br>**STIPULATION AND** ~~[PROPOSED]~~ **ORDER ON URGENT REQUEST TO EXTEND THE DEADLINE FOR FILING DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO AMEND AND PLAINTIFFS' REPLY BY ONE COURT DAY** |

WHEREAS Plaintiffs' Motion to Amend is set for hearing on May 3, 2010.

WHEREAS Defendant's Opposition to Plaintiffs' Motion to Amend is due to be filed on April 12, 2010 pursuant to Local Rule 7-3(a).

WHEREAS Plaintiffs' Reply is due April 19, 2010 pursuant to Local Rule 7-3(c).

WHEREAS Counsel for the Defendant requests an extension of one court day to April 13, 2010 to file the Opposition as a result of defense counsel's husband being involved in a motorcycle accident that required emergency medical treatment on April 11, 2010 and has impacted her scheduled work activities for April 11 and April 12. This request is made out of an abundance of caution in light of this unanticipated family emergency.

WHEREAS the parties met and conferred and Plaintiffs' counsel graciously agreed to the one day extension, as well as a one day extension for the filing of the Plaintiffs' Reply to April 20, 2010.

WHEREAS Defendant has not sought any extension in regards to Plaintiffs' Motion to Amend other than to change the hearing date due to unavailability, which resulted in re-setting the hearing date to May 3, 2010.

WHEREAS Defendant's request will not require that the hearing be rescheduled unless the Court deems it necessary.

THEREFORE, pursuant to Local Rules 6-2(a) and 7-12, the parties stipulate and request as follows:

That Defendant's Opposition to Plaintiff's Motion to Amend shall be filed April 13, 2010 and Plaintiff's Reply shall be filed April 20, 2010.

Dated: April 12, 2010

/s/Sandra C. Isom
Sandra C. Isom
FEDERAL EXPRESS CORPORATION

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION
and

Dated: April 12, 2010

/s/Daniel L. Feder
Daniel L. Feder
LAW OFFICES OF DANIEL L. FEDER

Doc. No. 817698

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant's Opposition to Plaintiff's Motion to Amend shall be filed April 13, 2010 and Plaintiff's Reply shall be filed April 20, 2010.

Dated: April 12, 2010



The Honorable Thelton E. Henderson
United States District Judge