1  MICHAEL VON LOEWENFELDT (178665)
   E-mail: mvl@kerrwagstaffe.com
2  MICHAEL NG (237915)
   E-mail: mng@kerrwagstaffe.com
3  JACQUELINE SCOTT CORLEY (173752)
   E-mail: corley@kerrwagstaffe.com
4  **KERR & WAGSTAFFE LLP**
   100 Spear Street, Suite 1800
5  San Francisco, CA 94105–1528
   Telephone: (415) 371-8500
6  Fax: (415) 371-0500

7  Daniel L. Feder (130867)
   E-mail: danfeder@pacbell.net
8  **LAW OFFICES OF DANIEL FEDER**
   807 Montgomery
9  Street San Francisco, CA 94133
   Telephone: (415) 391-9476
10 Fax: (415) 391-9432

11 Attorneys for
   PAUL BIBO, GEORGIA SHIELDS, ALEX
12 GALVEZ, MARC GARVEY, BRYAN PETER, on
   behalf of all other similarly situated
13

14                    **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 16  PAUL BIBO, an individual, GEORGIA SHIELDS, an individual, ALEX GALVEZ, an individual, MARC GARVEY, an individual, and BRYAN PETER, an individual, individually and on behalf of all other similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>FEDERAL EXPRESS INC., a Delaware Corporation, and DOES 1-500, inclusive,<br><br>   Defendants. | Case No. C 07-02505 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING FILING OF SECOND AMENDED COMPLAINT** |

## STIPULATION

WHEREAS, by Order filed April 26, 2010 the Court denied Plaintiffs' Motion for Leave to Amend the Complaint to add an Eighth Cause of Action for violation of Industrial Wage Commission Wage Order No. 9, section 5(B), but granted Plaintiffs leave to amend the complaint to (1) remove the three dismissed plaintiffs, and (2) change the caption to reflect that the case is pending in the Northern District of California;

WHEREAS, the Court gave Plaintiffs until May 3, 2010 to file the amended complaint;

WHEREAS, Plaintiffs' counsel inadvertently neglected to file the amended complaint; and

WHEREAS, Defendant has agreed to the filing of the Second Amended Complaint to reflect the current status of the action.

ACCORDINGLY, IT IS HEREBY STIPULATED THAT the Second Amended Complaint attached as Exhibit A shall be filed.

DATED: June 10, 2010        **KERR & WAGSTAFFE LLP**

                            By _____s/_____
                               JACQUELINE SCOTT CORLEY

                            Attorneys for
                            PAUL BIBO, GEORGIA SHIELDS, ALEX
                            GALVEZ, MARC GARVEY, BRYAN PETER, on
                            behalf of all other similarly situated

DATED: June 10, 2010        **FEDERAL EXPRESS CORPORATION**

                            By _____s/_____
                               SANDRA C. ISOM

                            Attorney for
                            FEDERAL EXPRESS CORPORATION

– 1 –

Case No. C 07-02505 TEH            STIPULATION AND [PROPOSED] ORDER ALLOWING
                                   FILING OF SECOND AMENDED COMPLAINT

1         [PROPOSED] ORDER

2     PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT the Second

3  Amended Complaint attached as Exhibit A shall be filed.

4

5     IT IS SO ORDERED.

6

7  DATED: ___06/10/10___                  _____
                                           THELTON E. HENDERSON
8                                          UNITED STATES DISTRICT JUDGE



1

Case No. C 07-02505 TEH                STIPULATION AND [PROPOSED] ORDER CONTINUING
                                        MOTION FOR LEAVE TO AMEND COMPLAINT

1  I, Jacqueline Scott Corley, am the ECF User whose ID and password are being used to
2  file this Stipulation and [Proposed] Order.  In compliance with General Order 45, X.B., I hereby
3  attest that Sandra C. Isom, Counsel for Defendant, has concurred in this filing.

DATED:  June 10, 2010                                **KERR & WAGSTAFFE LLP**

                                    By _____s/_____
                                         JACQUELINE SCOTT CORLEY