IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL BIBO, et al.,,            No. C-07-2505 TEH (EDL)

    Plaintiffs,            **ORDER REQUIRING DEFENDANT TO RESPOND TO PLAINTIFFS' AUGUST 11, 2010 LETTER**

  v.

FEDERAL EXPRESS CORP.,

    Defendant.
_____/

    On August 11, 2010, Plaintiffs filed a letter describing a discovery dispute between the parties. On August 13, 2010, Judge Henderson referred this case to this Court for all discovery purposes. Accordingly, Defendant shall file a response to Plaintiffs' letter no later than August 30, 2010. Defendant's response shall be no longer than two pages. It appears that the dispute can be decided on the papers, so the Court will not schedule a hearing unless it later determines that one is necessary.

**IT IS SO ORDERED.**

Dated: August 20, 2010

*Elizabeth D. Laporte*

ELIZABETH D. LAPORTE
United States Magistrate Judge