1  Daniel L. Feder (130867)
   **THE LAW OFFICES OF DANIEL L. FEDER**
2  807 Montgomery Street
   San Francisco, CA 94133
3  Telephone: (415) 391-9476
   Fax: (415) 391-9432
4

5  MICHAEL VON LOEWENFELDT (178665)
   MICHAEL NG (237915)
6  JACQUELINE SCOTT CORLEY (173752)
   **KERR & WAGSTAFFE LLP**
7  100 Spear Street, Suite 1800
   San Francisco, CA 94105–1528
8  Telephone: (415) 371-8500
   Fax: (415) 371-0500
9

10 Attorneys for Plaintiffs
   ALEX GALVEZ, AND MARC GARVEY, AND ON
11 BEHALF OF ALL OTHER SIMILARLY SITUATED

12

13                     **UNITED STATES DISTRICT COURT**

14                    **NORTHERN DISTRICT OF CALIFORNIA**

15 ALEX GALVEZ, an individual, and MARC          Case No. C 07-02505 TEH
   GARVEY, an individual, and on behalf of all
16 other similarly situated,                      **STIPULATION AND [PROPOSED]**
                                                  **ORDER TO CONTINUE SEPTEMBER**
17    Plaintiffs,                                 **13TH, 2010 TELEPHONIC CASE**
                                                  **MANAGEMENT CONFERENCE**
18 v.

19 FEDERAL EXPRESS INC., a Delaware
   Corporation, and DOES 1-500, inclusive,
20
21    Defendants.

22

23

24

25

26

27

28

---

Case No. C 07-02505 TEH                              STIPULATION AND PROPOSED ORDER

### ***INTRODUCTION***

This matter is a class action on behalf of Federal Express couriers alleging violations of California's wage and hour laws. It has been certified and stayed (except discovery) pending the outcome of *Brinker Restaurant v. Superior Court*, California Supreme Court, Case No. S166350.

At the last Case Management Conference, the Court directed the parties to explore settlement opportunities. In furtherance of that, the Court directed Plaintiff to provide Defendant with a settlement demand prior to the next Case Management Conference.

Since that time, Plaintiffs have requested and recently received updated timekeeping information from FedEx. However, Defendant has not yet been able to provide Plaintiff with requested class payroll data. Defendant believes that it can have that information to Plaintiff within the next week. Each of these items is necessary for Plaintiff to model the class' damages.

In order to comply with the Court's directive that the parties have settlement discussions prior to the Case Management Conference the parties are requesting that the Court continue the Case Management Conference currently scheduled for September 13, 2010 until October 18, 2010. The parties have discussed an alternate date prior to October 18th. However, Defense counsel has a two to four week trial beginning on September 20, 2010. Plaintiff's counsel has a trial beginning on October 5th that is expected to last one to two weeks, and October 11th is a court holiday (Columbus Day).

///
///
///
///
///
///
///
///
///
///

1

***STIPULATION***

2      IT IS HEREBY STIPULATED that an order may be entered continuing the Telephonic

3  Case Management Conference currently scheduled for September 13, 2010 until October 18,

4  2010.

5      DATED:  September 1, 2010          LAW OFFICES OF DANIEL L. FEDER

6

7                                         By____*/s/ Daniel L. Feder*_____
                                              Daniel L. Feder
8                                             Attorneys for Plaintiffs

9      DATED:  September 1, 2010          FEDERAL EXPRESS CORPORATION

10                                        By____*/s/ Sandra C. Isom*_____
                                              Sandra C. Isom
11                                            Attorney for Defendant
                                              Federal Express Corporation

12

13

14     IT IS SO ORDERED.

15

16

17  DATED:  September __8__, 2010         _____
                                          Hon. Thelton E. Henderson
18                                        U.S. District C

19

20

21                                        Judge Thelton E. Henderson

22

23

24

25

26

27

28

---

Case No. C 07-02505 TEH                          STIPULATION AND PROPOSED ORDER