| | |
|---|---|
| DANIEL L. FEDER, Bar No. 130867<br>LAW OFFICES OF DANIEL L. FEDER<br>807 Montgomery Street<br>San Francisco, CA 94133<br>Telephone: (415) 391-9476<br>Fax: (415) 391-9432<br>E-mail: danfeder@pacbell.net | SANDRA C. ISOM, Bar No. 157374<br>FEDERAL EXPRESS CORPORATION<br>3620 Hacks Cross Road<br>Building B, Third Floor<br>Memphis, TN 38125<br>Telephone: 901-434-8526<br>Fax No.: 901-434-9271<br>E-mail: scisom@fedex.com |
| MICHAEL VON LOEWENFELDT,<br>   Bar No. 178665<br>JACQUELINE SCOTT CORLEY,<br>   Bar No. 173752<br>MICHAEL NG, Bar No. 237915<br>KERR & WAGSTAFFE LLP<br>100 Spear Street, 18th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 371-8500<br>Fax: (415) 371-0500<br>corley@kerrwagstaffe.com | KEITH A JACOBY, Bar No. 150233<br>LITTLER MENDELSON<br>A Professional Corporation<br>2049 Century Park East, 5th Floor<br>Los Angeles, CA 90067-3107<br>Telephone: 310-553-0308<br>Fax No.: 310-553-5583<br>E-mail: kjacoby@littler.com |
| Attorneys for Plaintiffs Alex Galvez,<br>Marc Garvey, and all others similarly situated | Attorneys for Defendant<br>FEDERAL EXPRESS CORPORATION |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX GALVEZ, an individual,<br>MARC GARVEY, an individual, and on behalf of all other similarly situated,<br><br>           Plaintiffs,<br><br>  v.<br><br>FEDERAL EXPRESS INC., a Delaware Corporation, and DOES 1-500, inclusive,<br><br>           Defendants. | Case No. C 07-02505 TEH EDL<br><br>**STIPULATION REGARDING PROTECTION AND USE OF CLASS LIST AND FACILITIES LIST AND [PROPOSED] ORDER THEREON**<br><br>Trial Date: None Set |

1     STIP & ORDER RE CLASS AND FACILITIES LIST-C07-02505 TEH EDL

On September 2, 2010, the Magistrate ordered Defendant Federal Express Corporation ("FedEx") to produce the class list no later than September 16, 2010 subject to a protective order that the parties shall negotiate, but that protects against potential misuse of the class information. *See* Dkt. 135. The Court also ordered that FedEx produce the addresses of facilities where couriers work in California by October 1, 2010. As a result of the Court's order, and pursuant to Fed. R. Civ. P. 26(c), the parties herein stipulate to the entry of a protective order prior to disclosure of the class and facilities list. The parties have agreed that FedEx will produce the class list upon the Court's entry of the Order on this Stipulation and the facilities list not later than October 1, 2010.

1. The class list and facilities list ("Lists") contain private or confidential information that the Defendant would not otherwise disclose absent this litigation. The Lists shall be marked "CONFIDENTIAL" and will be used solely for the purpose of this litigation, including trial and any appeals therefrom, and shall not be used in any other civil actions or for any other purposes.

2. Access to the Lists shall be given to:

    (a) The attorneys of record in this action, including any necessary clerical staff, support staff, and other attorneys employed or retained by the foregoing law firms.

    (b) Persons independent from any of the parties to this action who are consulted or retained as experts under Fed. R. Civ. P. 26 in connection with this action (and secretarial and clerical staff of such experts) or a third party administrator for the purpose of issuing Court-ordered notice.

    (c) Court personnel (including stenographic reporters) and any law clerk, paralegal, secretarial, clerical, or other court personnel, providing the information is provided under seal.

    (d) An officer before whom a deposition is taken, including stenographic reporters, videographers and any secretarial, clerical, or other lay personnel assisting such officer,

provided the information is marked and maintained as separate confidential excerpts and exhibits; and

    (e)  outside copying and computer services necessary for document handling, and other litigation support personnel (e.g., graphic designers and animators), who are contractually bound not to disclose such documents and information by the parties retaining them.

  3.  Plaintiffs' counsel agrees to not utilize the Lists to initiate contact with class members until either:  a) November 15, 2010; or b) two weeks after providing Defendant written notice of their intention to lift this prohibition, whichever occurs first.  If, during the shorter of those periods, Defendant moves the Court for a protective order or similar order that limits Plaintiffs' counsel communications with the class, Plaintiffs' counsel agrees to refrain from any communication sought to be limited until after the Court has had an opportunity to rule on Defendant's motion.  The parties agree that any such motion will be brought on shortened time, the Court's schedule permitting.

  4.  If an issue arises during the course of settlement discussions that warrants further investigation to further those negotiations, Plaintiffs' counsel and Defendant agree to meet and confer regarding the nature and extent of communications that might be helpful for resolving the issue.  If the parties agree upon the nature and extent of any such communication, such communication will be deemed not to have violated any portion of this agreement.

  5.  Within sixty (60) days after final termination of this action (other than by settlement and/or judgment in favor of Plaintiffs), and the expiration of all appeals therefrom, Plaintiffs agree to return or destroy all copies of the Lists.

  6.  The terms of the Stipulation and Order shall survive the final termination of this civil action to the extent that the Lists have not become known to the public.

  7.  The Stipulation and Order may be amended by the agreement of counsel for the parties, subject to the approval of the Court, provided it is in the form of a stipulation that shall be

filed with the Clerk and made part of the record in this civil action.

8. This Stipulation and Order is without prejudice to the right of any party to seek modification by the Court of any of the terms of this Stipulation and Order, or to present to the Court any matter which is the subject of this Stipulation and Order, or to apply to the Court for such further stipulation and order under the provision of the Federal Rules of Civil Procedure, the Local Rules, or as justice may require.

Dated:  September 16, 2010

FOR PLAINTIFFS:

By: __/s/Michael Ng_
     Michael Ng

MICHAEL NG, Bar No. 237915
KERR & WAGSTAFFE LLP
100 Spear Street, 18th Floor
San Francisco, CA 94105
Telephone: (415) 371-8500
Fax: (415) 371-0500
E-Mail: mng@kerrwagstaffe.com

Dated:  September 16, 2010

FOR DEFENDANT:

By: __/s/Sandra C. Isom_
     Sandra C. Isom

SANDRA C. ISOM, Bar No. 157374
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road, Bldg. B, 3rd Floor
Memphis, TN 38125
Telephone:   901-434-8526
Fax No.:     901-434-9271
E-mail:  scisom@fedex.com

**ORDER ON STIPULATION**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

SIGNED this __17__ day of September, 2010.

_____
United States Magistrate Judge
HONORABLE ELIZABETH D. LAPORTE

Doc. No. 838647