MICHAEL VON LOEWENFELDT (178665)
E-mail: mvl@kerrwagstaffe.com
MICHAEL NG (237915)
E-mail: mng@kerrwagstaffe.com
JACQUELINE SCOTT CORLEY (173752)
E-mail: corley@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

Daniel L. Feder (130867)
E-mail: danfeder@pacbell.net
**LAW OFFICES OF DANIEL FEDER**
807 Montgomery
Street San Francisco, CA 94133
Telephone: (415) 391-9476
Fax: (415) 391-9432

Attorneys for Plaintiffs
ALEX GALVEZ, MARC GARVEY, and all others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX GALVEZ, an individual, and MARC GARVEY, an individual, and on behalf of all other similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>FEDERAL EXPRESS INC., a Delaware Corporation, and DOES 1-500, inclusive,<br><br>    Defendants. | Case No. C 07-02505 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER APPOINTING KERR & WAGSTAFFE LLP AS ADDITIONAL CLASS COUNSEL** |

# STIPULATION

WHEREAS, the Law Offices of Daniel Feder was appointed class counsel on April 21, 2009 when the Court granted in part and denied in part Plaintiffs' Motion for Class Certification;

WHEREAS, Kerr & Wagstaffe LLP made its first appearance as co-counsel for Plaintiffs after the Court's April 2009 Class Certification Order;

WHEREAS, Kerr & Wagstaffe LLP is experienced class counsel and the qualifications of Michael von Loewenfeldt, lead counsel for Kerr & Wagstaffe, are set out in the declaration attached hereto as Exhibit A;

WHEREAS, Defendant has stipulated to the adequacy and appointment of Kerr & Wagstaffe as additional class counsel; and

WHEREAS, the Court directed Plaintiffs' counsel to file the instant Stipulation and Proposed Order at the Case Management Conference held on January 31, 2011;

ACCORDINGLY, IT IS HEREBY STIPULATED THAT Kerr & Wagstaffe LLP be appointed as additional class counsel.

DATED: February 16, 2011      **KERR & WAGSTAFFE LLP**

By _____s/_____
MICHAEL VON LOEWENFELDT

Attorneys for Plaintiffs
ALEX GALVEZ, MARC GARVEY,
and all others similarly situated

DATED: February 16, 2011      **FEDERAL EXPRESS CORPORATION**

By _____s/_____
SANDRA C. ISOM

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION



**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT Kerr & Wagstaffe LLP is appointed as additional class counsel.

IT IS SO ORDERED.

DATED: 02/17/2011



THELTON
UNITED S
Judge Thelton E. Henderson

1    I, Michael von Loewenfeldt, am the ECF User whose ID and password are being used to
2  file this Stipulation and [Proposed] Order Appointing Kerr & Wagstaffe LLP as Additional Class
3  Counsel.  In compliance with General Order 45, X.B., I hereby attest that Sandra C. Isom,
4  counsel for Defendant, has concurred in this filing.

6  DATED: February 16, 2011                    **KERR & WAGSTAFFE LLP**

8                                          By      /s/
                                              MICHAEL VON LOEWENFELDT

10                                         Attorneys for Plaintiffs
                                           ALEX GALVEZ, MARC GARVEY,
11                                         and all others similarly situated

# EXHIBIT A

MICHAEL VON LOEWENFELDT (178665)
E-mail: mvl@kerrwagstaffe.com
MICHAEL NG (237915)
E-mail: mng@kerrwagstaffe.com
JACQUELINE SCOTT CORLEY (173752)
E-mail: corley@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

Daniel L. Feder (130867)
E-mail: danfeder@pacbell.net
**LAW OFFICES OF DANIEL FEDER**
807 Montgomery
Street San Francisco, CA 94133
Telephone: (415) 391-9476
Fax: (415) 391-9432

Attorneys for Plaintiffs
ALEX GALVEZ, MARC GARVEY, and all others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX GALVEZ, an individual, and MARC GARVEY, an individual, and on behalf of all other similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>FEDERAL EXPRESS INC., a Delaware Corporation, and DOES 1-500, inclusive,<br><br>    Defendants. | Case No. C 07-02505 TEH<br><br>**DECLARATION OF MICHAEL VON LOEWENFELDT IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER APPOINTING KERR & WAGSTAFFE LLP AS ADDITIONAL CLASS COUNSEL** |

I, Michael von Loewenfeldt, hereby declare:

1. I am an attorney at law duly licensed to practice before all state and federal courts in California, the United States District Court for the Eastern and Southern Districts of Texas, the United States District Court for the District of Colorado, the United States Court of Appeals for the Fifth Circuit, and the United States Supreme Court. This declaration is submitted in support of the Stipulation and [Proposed] Order Appointing Kerr & Wagstaffe LLP as Additional Class Counsel, filed herewith. The matters set out herein are based upon my own personal knowledge.

2. I am a partner of the law firm of Kerr & Wagstaffe LLP. Our firm has extensive experience with employment law, unfair competition, and class action litigation. I graduated Phi Beta Kappa from San Diego State University in 1991 with a B.A. in Political Science. I received my J.D. from the University of California at Berkeley (Boalt Hall) in 1995 and was made a member of the Order of the Coif. After law school, I served as a law clerk to the Honorable Saundra B. Armstrong, United States District Court for the Northern District of California. I am a member of the Bar Association of San Francisco and the American Bar Association.

3. My practice focuses on employment, consumer, and class action litigation. I have represented both plaintiffs and defendants in putative and certified class actions in California and other jurisdictions in the United States. I have represented certified plaintiffs' classes in:

- Benson et al. v. Bella Enterprises, Ltd. et al., Superior Court of California, County of Santa Clara, 110CV165035, a wages and hour class action which settled on terms that were approved by the Santa Clara County Superior Court;

- Bhatnagar et al. v. Catalina Restaurant Group, Inc., Superior Court of California, County of Alameda, RG 05246009, a wages and hour class action which settled on terms that were approved by the Alameda County Superior Court;

- Diapo v. Flight Centre USA, Inc., United States District Court for the Central District of California case number CV 09-4790 PSG, a wages and hour class action which settled on terms that were approved by the United States District Court;

- Finley v. Wells Fargo Financial Acceptance California, Inc., Superior Court of California, County of Los Angeles (Central District), BC 331174, a wages and hour

1  class action which settled on terms that were approved by the Los Angeles County
2  Superior Court;

3  • Forestiere v. West Coast Life Ins. Co., Superior Court of California, County of San
4  Francisco case number 402340, a consumer rights class action involving the purchase
5  of life insurance policies, which settled on terms that were approved by the San
6  Francisco Superior Court;

7  • Knight v. Red Door Salons, United States District Court for the Northern District of
8  California case number C-08-1520 SC, a wages and hour class action which settled
9  on terms that were approved by the United States District Court;

10 • McCardle v. 24 Hour Fitness, Superior Court of California, County of Alameda,
11 RG08414888, a consumer rights class action involving access to various levels of
12 gyms at 24 Hour Fitness, which settled on terms that were approved by the Alameda
13 County Superior Court;

14 • Mullholland v. Cozza, Superior Court of California, County of San Francisco, CGC
15 07-468443, a wages and hour class action which settled on terms that were approved
16 by the San Francisco County Superior Court;

17 • Radford v. HFS North America LLC, Superior Court of California, County of
18 Alameda, RG 06296440, a wages and hour class action which settled on terms that
19 were approved by the Alameda County Superior Court;

20 • Topper and Molina v. RedWing Shoe Company, Inc., Superior Court of California,
21 County of Alameda, RG 06256269, a wages and hour class action which settled on
22 terms that were approved by the Alameda County Superior Court;

23 • Venegas et al. v. Apria Health Care, Inc., Superior Court of California, County of San
24 Francisco, CGC 06-449669, a wage and hour class action which settled on terms that
25 were approved by the San Francisco County Superior Court;

26 • Weir v. 24 Hour Fitness, Superior Court of California, County of San Francisco,
27 CGC-05-438478, a consumer rights class action involving 1.8 million Class Members
28



1  which settled on terms that were approved by the San Francisco County Superior
2  Court; and

3  • <u>Williams v. LA Fitness</u>, Superior Court of California, County of Los Angeles,
4  BC385623, a consumer rights class action which settled on terms that were approved
5  by the Los Angeles County Superior Court.

6  In addition to these cases where classes were certified (all of which resolved by favorable
7  settlements approved by the relevant courts), I am currently counsel for putative classes in ten
8  putative wage and hour and consumer rights class actions pending in various courts in California
9  and Massachusetts.

10  I declare under penalty of perjury under the laws of the United States of America that the
11  foregoing is true and correct.

12  Executed this 16th day of February, 2011 at San Francisco, California.

```
                    /s/
         _____
                Michael von Loewenfeldt
```