| | |
|---|---|
| DANIEL L. FEDER, Bar No. 130867<br>LAW OFFICES OF DANIEL L. FEDER<br>807 Montgomery Street<br>San Francisco, CA 94133<br>Telephone: (415) 391-9476<br>Fax: (415) 391-9432<br>E-mail: danfeder@pacbell.net | SANDRA C. ISOM, Bar No. 157374<br>FEDERAL EXPRESS CORPORATION<br>3620 Hacks Cross Road<br>Building B, Third Floor<br>Memphis, TN 38125<br>Telephone:    901-434-8526<br>Fax No.:           901-434-9271<br>E-mail:  scisom@fedex.com |
| MICHAEL VON LOEWENFELDT,<br>      Bar No. 178665<br>JACQUELINE SCOTT CORLEY,<br>      Bar No. 173752<br>MICHAEL NG, Bar No. 237915<br>KERR & WAGSTAFFE LLP<br>100 Spear Street, 18th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 371-8500<br>Fax: (415) 371-0500<br>corley@kerrwagstaffe.com | Attorneys for Defendant<br>Federal Express Corporation |

Attorneys for Plaintiffs Alex Galvez,
Marc Garvey, and all others similarly situated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX GALVEZ, an individual,<br>MARC GARVEY, an individual, and on behalf of all other similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>FEDERAL EXPRESS INC., a Delaware Corporation, and DOES 1-500, inclusive,<br><br>                    Defendants. | Case No. C 07-02505 TEH EDL<br><br>**STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND [PROPOSED] ORDER THEREON**<br><br>Trial Date: None Set |

1  WHEREAS a hearing on Defendant's Motion for Partial Summary Judgment is currently
2  set for April 11, 2011.

3  WHEREAS Counsel for the Plaintiffs have graciously agreed to reschedule the hearing
4  date at the request of Counsel for the Defense due to a personal conflict that was unknown to
5  defense counsel when the hearing date was set.

6  WHEREAS this stipulation is filed nearly a month before the currently scheduled hearing
7  date.

8  THEREFORE, pursuant to Local Rules 7-7(a) and 7-12, the parties stipulate and request
9  as follows:

10  That the hearing on Defendant's Motion for Partial Summary Judgment is continued to
11  **April 25, 2011**, if such date is convenient for the Court, or the first available date thereafter.

12  This stipulation to continue the hearing date does not alter the deadlines previously set by
13  this Court for filing and serving opposition and reply papers.

15  Dated: March 11, 2011                              Dated: March 11, 2011

16  FOR PLAINTIFFS:                                   FOR DEFENDANT:

17  By:  /s/Michael Von Loewenfeldt                   By:  /s/Sandra C. Isom
       Michael Von Loewenfeldt                             Sandra C. Isom

19  MICHAEL VON LOEWENFELDT                            SANDRA C. ISOM
    KERR & WAGSTAFFE LLP                               FEDERAL EXPRESS CORPORATION

20  Attorneys for Plaintiffs Alex Galvez,              Attorneys for Defendant
    Marc Garvey, and all others similarly situated    Federal Express Corporation

**ORDER ON STIPULATION**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

SIGNED this __14__ day of March, 2011.

28  Doc. No. 862902

_____
HON. _____ HENDERSON
United States District Judge
(Judge Thelton E. Henderson)

2   STIP & ORDER CONTINUING MSJ
    HEARING DATE-C07-02505 TEH EDL