| | |
|---|---|
| DANIEL L. FEDER, Bar No. 130867<br>LAW OFFICES OF DANIEL L. FEDER<br>807 Montgomery Street<br>San Francisco, CA 94133<br>Telephone: (415) 391-9476<br>Fax: (415) 391-9432<br>E-mail: danfeder@pacbell.net | SANDRA C. ISOM, Bar No. 157374<br>FEDERAL EXPRESS CORPORATION<br>3620 Hacks Cross Road<br>Building B, Third Floor<br>Memphis, TN 38125<br>Telephone:     901-434-8526<br>Fax No.:         901-434-9271<br>E-mail: scisom@fedex.com |
| MICHAEL VON LOEWENFELDT,<br>     Bar No. 178665<br>JACQUELINE SCOTT CORLEY,<br>     Bar No. 173752<br>MICHAEL NG, Bar No. 237915<br>KERR & WAGSTAFFE LLP<br>100 Spear Street, 18th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 371-8500<br>Fax: (415) 371-0500<br>corley@kerrwagstaffe.com | Attorneys for Defendant<br>Federal Express Corporation |

Attorneys for Plaintiffs Alex Galvez,
Marc Garvey, and all others similarly situated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX GALVEZ, an individual,<br>MARC GARVEY, an individual, and on behalf of all other similarly situated,<br><br>             Plaintiffs,<br><br>     v.<br><br>FEDERAL EXPRESS INC., a Delaware Corporation, and DOES 1-500, inclusive,<br><br>             Defendants. | Case No. C 07-02505 TEH EDL<br><br>**STIPULATION OF THE PARTIES TO APPEAR BY TELEPHONE FOR THE CASE MANAGEMENT CONFERENCE SET ON AUGUST 1, 2011 AND FURTHER CASE MANAGEMENT CONFERENCES.**<br><br>Trial Date: None Set |

STIP & ORDER FOR TELEPHONIC APPEARANCE-C07-02505 TEH EDL

1

1      WHEREAS a Case Management Conference is set for August 1, 2011.

2      WHEREAS the parties desire to appear by telephone for the Case Management
3 Conference and subsequent Case Management Conferences.

4      THEREFORE, pursuant to Local Rules 7-12, the parties stipulate and request as follows:

5      That the parties will appear by telephone for the Case Management Conference set on
6 August 1, 2011.

7      That either or both parties may appear by telephone for further Case Management
8 Conferences, unless otherwise directed by the Court.

9      That Counsel for Defendant shall ~~inital~~ initiate the call and then conference in the Court.

10      That if any party desires to make a personal appearance at a Case Management
11 Conference, that party shall notify opposing counsel and the Court's Calendar Clerk/Courtroom
12 Deputy prior to the date of the Case Management Conference.

14 Dated: July 8, 2011                             Dated: July 8, 2011

15 FOR PLAINTIFFS:                            FOR DEFENDANT:

16 By: __/s/Michael Von Loewenfeldt__        By: __/s/Sandra C. Isom__
       Michael Von Loewenfeldt                     Sandra C. Isom

18 MICHAEL VON LOEWENFELDT           SANDRA C. ISOM
KERR & WAGSTAFFE LLP                 FEDERAL EXPRESS CORPORATION

19 Attorneys for Plaintiffs Alex Galvez,         Attorneys for Defendant
Marc Garvey, and all others similarly situated    Federal Express Corporation

### ORDER ON STIPULATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

SIGNED this 11th day of July, 2011.

_____
United
HONORABLE THELTON E. HENDERSON

Doc. No. 885038