| | |
|---|---|
| DANIEL L. FEDER, Bar No. 130867<br>LAW OFFICES OF DANIEL L. FEDER<br>807 Montgomery Street<br>San Francisco, CA 94133<br>Telephone: (415) 391-9476<br>Fax: (415) 391-9432<br>E-mail: danfeder@pacbell.net<br><br>MICHAEL VON LOEWENFELDT,<br>    Bar No. 178665<br>E-mail: mvl@kerrwagstaffe.com<br>MICHAEL NG, Bar No. 237915<br>E-mail: mng@kerrwagstaffe.com<br>CHERYL LEMA MACKEY (273029)<br>E-mail: mackey@kerrwagstaffe.com<br>KERR & WAGSTAFFE LLP<br>100 Spear Street, 18th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 371-8500<br>Fax: (415) 371-0500<br><br>Attorneys for Plaintiffs<br>ALEX GALVEZ, MARC GARVEY,<br>and all others similarly situated | SANDRA C. ISOM, Bar No. 157374<br>FEDERAL EXPRESS CORPORATION<br>3620 Hacks Cross Road<br>Building B, Third Floor<br>Memphis, TN 38125<br>Telephone:     901-434-8526<br>Fax No.:          901-434-9271<br>E-mail:  scisom@fedex.com<br><br>Attorneys for Defendant<br>FEDERAL EXPRESS CORPORATION |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX GALVEZ, an individual, MARC GARVEY, an individual, and on behalf of all other similarly situated,<br><br>             Plaintiffs,<br><br>     v.<br><br>FEDERAL EXPRESS INC., a Delaware Corporation, and DOES 1-500, inclusive,<br><br>             Defendants. | Case No. C 07-02505 TEH EDL<br><br>**STIPULATION TO CONTINUE THE JOINT CASE MANAGEMENT CONFERENCE AND ~~PROPOSED~~ ORDER THEREON**<br><br>CMC: December 5, 2011<br>Time: 1:30 p.m.<br><br>Trial Date: None Set |

Plaintiffs and Defendant file this Stipulation to Continue the Joint Case Management Conference pursuant to Local Rules 7-12 and 16-2(e), based upon the following grounds:

WHEREAS a Case Management Conference is set for December 5, 2011 at 1:30 p.m.

WHEREAS at the prior Case Management Conference the Court suggested that if nothing has occurred in the *Brinker v. Superior Court* matter, which addresses the substantive law on meal and rest breaks, the parties may file a stipulation to continue the Case Management Conference 60-90 days;

WHEREAS the California Supreme Court heard oral argument in the *Brinker* case on November 8, 2011. Pursuant to the California Supreme Court's Internal Operating Practices and Procedures No. 10, opinions are generally filed within 90 days after submission. A decision in *Brinker* is thus anticipated in early February 2012. The parties thus desire a short period of time after its anticipated publication to analyze *Brinker* and prepare the Joint Case Management Statement.

THEREFORE, pursuant to Local Rules 7-12 and 16-2(e), the parties stipulate and request as follows:

That the Case Management Conference be continued to March 5, 2012, if such date is convenient for the Court, or the first available date thereafter on or after March 19, 2012. The Joint Case Management Conference Statement will be filed seven (7) days before the conference. The parties may appear by telephone for further Case Management Conferences, unless otherwise directed by the Court. Counsel for Defendant shall inital the call and then conference in the Court. If any party desires to make a personal appearance at a Case Management Conference, that party shall notify opposing counsel and the Court's Calendar Clerk/Courtroom Deputy prior to the date of the Case Management Conference.

| | |
|---|---|
| Dated: November 28, 2011 | Dated: November 28, 2011 |
| FOR PLAINTIFFS: | FOR DEFENDANT: |
| By: __/s/Michael Von Loewenfeldt__<br>    Michael Von Loewenfeldt | By: __/s/Sandra C. Isom_____<br>    Sandra C. Isom |
| MICHAEL VON LOEWENFELDT<br>KERR & WAGSTAFFE LLP | SANDRA C. ISOM<br>FEDERAL EXPRESS CORPORATION |
| Attorneys for Plaintiffs Alex Galvez,<br>Marc Garvey, and all others similarly situated | Attorneys for Defendant<br>Federal Express Corporation |

### ORDER ON STIPULATION

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Case Management Conference is continued to ___March___ __5__, 2012, at 1:30 p.m. The Joint Case Management Conference Statement is due seven (7) days before the conference. The parties may appear by telephone for further Case Management Conferences, unless otherwise directed by the Court. Counsel for Defendant shall ~~inital~~ initiate the call and then conference in the Court. If any party desires to make a personal appearance at a Case Management Conference, that party shall notify opposing counsel and the Court's Calendar Clerk/Courtroom Deputy prior to the date of the Case Management Conference.

SIGNED this __28__ day of ___November___, 2011.

_____
United States District Judge
HONORABLE THELTON E. HENDERSON