| | |
|---|---|
| DANIEL L. FEDER, Bar No. 130867<br>LAW OFFICES OF DANIEL L. FEDER<br>807 Montgomery Street<br>San Francisco, CA 94133<br>Telephone: (415) 391-9476<br>Fax: (415) 391-9432<br>E-mail: danfeder@pacbell.net | SANDRA C. ISOM, Bar No. 157374<br>FEDERAL EXPRESS CORPORATION<br>3620 Hacks Cross Road<br>Building B, Third Floor<br>Memphis, TN 38125<br>Telephone:    901-434-8526<br>Fax No.:        901-434-9271<br>E-mail: scisom@fedex.com |
| MICHAEL VON LOEWENFELDT,<br>     Bar No. 178665<br>E-mail: mvl@kerrwagstaffe.com<br>MICHAEL NG, Bar No. 237915<br>E-mail: mng@kerrwagstaffe.com<br>CHERYL LEMA MACKEY (273029)<br>E-mail: mackey@kerrwagstaffe.com<br>KERR & WAGSTAFFE LLP<br>100 Spear Street, 18th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 371-8500<br>Fax: (415) 371-0500 | Attorneys for Defendant<br>FEDERAL EXPRESS CORPORATION |

Attorneys for Plaintiffs
ALEX GALVEZ, MARC GARVEY,
and all others similarly situated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX GALVEZ, an individual, MARC GARVEY, an individual, and on behalf of all other similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>FEDERAL EXPRESS INC., a Delaware Corporation, and DOES 1-500, inclusive,<br><br>            Defendants. | Case No. C 07-02505 THE EDL<br><br>**STIPULATION TO CONTINUE THE JOINT CASE MANAGEMENT CONFERENCE AND ~~PROPOSED~~ ORDER THEREON**<br><br>CMC: March 5, 2012<br>Time: 1:30 p.m.<br><br>Trial Date: None Set |

1   Plaintiffs and Defendant file this Stipulation to Continue the Joint Case Management
2   Conference pursuant to Local Rules 7-12 and 16-2(e), based upon the following grounds:

3

4   WHEREAS a Case Management Conference is set for March 5, 2012 at 1:30 p.m.

5

6   WHEREAS at the prior Case Management Conference on August 1, 2011, the Court
7   suggested that if nothing has occurred in the *Brinker v. Superior Court* matter, which addresses the
8   substantive law on meal and rest breaks, the parties may file a stipulation to continue the Case
9   Management Conference 60-90 days;

10

11  WHEREAS the California Supreme Court heard oral argument in the *Brinker* case on
12  November 8, 2011. Pursuant to the California Supreme Court's Internal Operating Practices and
13  Procedures No. 10, opinions are generally filed within 90 days after submission. A decision in
14  *Brinker* was thus anticipated in early February 2012 and so the parties suggested March 5, 2012
15  for the next Case Management Conference to allow the parties a short period of time after the
16  anticipated publication of *Brinker* to analyze it and prepare the Joint Case Management
17  Statement. However, on December 14, 2011, the California Supreme Court vacated the
18  submission to allow post-argument briefing and changed the submission date to January 13,
19  2012. A decision is now expected around April 12, 2012.

20

21  THEREFORE, pursuant to Local Rules 7-12 and 16-2(e), the parties stipulate and request
22  as follows:
23  That the Case Management Conference be continued to May 7, 2012, if such date is
24  convenient for the Court, or the first available date thereafter. The Joint Case Management
25  Conference Statement will be filed seven (7) days before the conference. The parties may appear
26  by telephone for further Case Management Conferences, unless otherwise directed by the Court.
27  Counsel for Defendant shall inital the call and then conference in the Court. If any party desires
28  to make a personal appearance at a Case Management Conference, that party shall notify

opposing counsel and the Court's Calendar Clerk/Courtroom Deputy prior to the date of the Case Management Conference.

Dated: February 27, 2012

FOR PLAINTIFFS:

By:  /s/Michael Von Loewenfeldt
    Michael Von Loewenfeldt

MICHAEL VON LOEWENFELDT
KERR & WAGSTAFFE LLP

Attorneys for Plaintiffs Alex Galvez,
Marc Garvey, and all others similarly situated

Dated: February 27, 2012

FOR DEFENDANT:

By:  /s/Sandra C. Isom
    Sandra C. Isom

SANDRA C. ISOM
FEDERAL EXPRESS CORPORATION

Attorneys for Defendant
Federal Express Corporation

**ORDER ON STIPULATION**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Case Management Conference is continued to ____May____  __7__, 2012, at 1:30 p.m.  The Joint Case Management Conference Statement is due seven (7) days before the conference.  The parties may appear by telephone for further Case Management Conferences, unless otherwise directed by the Court.  Counsel for Defendant shall initiate the call and then conference in the Court.  If any party desires to make a personal appearance at a Case Management Conference, that party shall notify opposing counsel and the Court's Calendar Clerk/Courtroom Deputy prior to the date of the Case Management Conference.

SIGNED this __27__ day of ___February___, 2012.

_____
United States District Judge
HONORABLE THELTON E. HENDERSON