| | |
|---|---|
| DANIEL L. FEDER, Bar No. 130867<br>LAW OFFICES OF DANIEL L. FEDER<br>807 Montgomery Street<br>San Francisco, CA 94133<br>Telephone: (415) 391-9476<br>Fax: (415) 391-9432<br>E-mail: danfeder@pacbell.net<br><br>MICHAEL VON LOEWENFELDT,<br>    Bar No. 178665<br>E-mail: mvl@kerrwagstaffe.com<br>MICHAEL NG, Bar No. 237915<br>E-mail: mng@kerrwagstaffe.com<br>KERR & WAGSTAFFE LLP<br>100 Spear Street, 18th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 371-8500<br>Fax: (415) 371-0500<br><br>Attorneys for Plaintiffs<br>ALEX GALVEZ, MARC GARVEY,<br>and all others similarly situated | SANDRA C. ISOM, Bar No. 157374<br>FEDERAL EXPRESS CORPORATION<br>3620 Hacks Cross Road<br>Building B, Third Floor<br>Memphis, TN 38125<br>Telephone:     901-434-8526<br>Fax No.:         901-434-9271<br>E-mail: scisom@fedex.com<br><br>Attorneys for Defendant<br>FEDERAL EXPRESS CORPORATION |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX GALVEZ, an individual, MARC GARVEY, an individual, and on behalf of all other similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>FEDERAL EXPRESS INC., a Delaware Corporation, and DOES 1-500, inclusive,<br><br>            Defendants. | Case No. C 07-02505 TEH EDL<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>**TELEPHONIC** CMC: May 7, 2012<br>                        Time: 1:30 p.m.<br><br>NOTE:  Defense counsel will initiate call with Plaintiffs' counsel and then conference in the Court<br><br>Trial Date: None Set |

1       JOINT CMC STMT-C07-02505 TEH EDL

Plaintiffs and Defendant file this proposed Joint Case Management Conference Statement. Given the Court's familiarity with the case, this statement is limited to new matters needing attention at the upcoming CMC.

1. **Status of Stay**: The parties anticipate that the California Supreme Court will issue its ruling in *Brinker v. Superior Court,* S166350, this week. The parties request that the stay remain in effect for the reasons discussed below.

2. **Update on Related Cases and Parties**: *Lauderdale v. FedEx*, U.S.D.C., Central District of California, No. 11-902 DSF. Lauderdale is a courier who seeks to represent a class of California couriers on various wage and hour claims, some of which overlap certified claims in this case. The proceedings in that case are not stayed. Lauderdale has agreed to dismiss his action without prejudice on the condition that he is added to this case as a class representative by joint stipulation. That stipulation would permit the filing of a third amended complaint, pursuant to the terms of a settlement between Lauderdale and the parties in this action, for the purpose of effectuating the contemplated global settlement.

3. **Settlement and ADR:** As a result of private mediation on March 22, 2012, the parties reached a settlement on March 29, 2012. The parties agree that given the uncertainties attendant to the decision by the California Supreme Court in *Brinker*, that decision will not be a basis for any party to void or rescind the agreement the parties have reached. The parties further agree that, other than filings related to amending the complaint, and preparing preliminary and final approval pleadings, the case should be stayed pending rulings on preliminary and final approval.

4. **Amendment of the Pleadings:** The parties will stipulate to the filing of a Third Amended Complaint to add the named representative, counsel, and claims in *Lauderdale* to this action and to remove Alex Galvez as a named representative in this action. Class counsel will contemporaneously file a Motion to Remove Plaintiff Alex Galvez as a Class Representative and a Motion to Withdraw as Counsel For Alex Galvez. The parties will also stipulate to correcting the Defendant's name in the caption and in the body of the Second Amended Complaint, now erroneously listed as Federal Express, Inc., to its proper name, Federal Express Corporation.

5. **Scheduling:** The parties anticipate that the Third Amended Complaint will be filed in the next ten days and that the Notice of Motion and Motion for Preliminary Approval with all related documents will be filed on or before the Case Management Conference on May 7, 2012.

Dated: April 9, 2012

/s/ Sandra C. Isom
Sandra C. Isom
FEDERAL EXPRESS CORPORATION

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

Dated: April 9, 2012

and

/s/Daniel L. Feder
Daniel L. Feder
LAW OFFICES OF DANIEL L. FEDER

Attorneys for Plaintiffs
ALEX GALVEZ AND MARC GARVEY