1 | MICHAEL VON LOEWENFELDT (178665)
E-mail: mvl@kerrwagstaffe.com
2 | MICHAEL NG (237915)
E-mail: mng@kerrwagstaffe.com
3 | CHEROKEE D.M. MELTON (243265)
E-mail: melton@kerrwagstaffe.com
4 | **KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
5 | San Francisco, CA 94105–1528
Telephone: (415) 371-8500
6 | Fax: (415) 371-0500

7 | DANIEL L. FEDER (130867)
E-mail: danfeder@pacbell.net
8 | **LAW OFFICES OF DANIEL FEDER**
807 Montgomery Street
9 | San Francisco, CA 94133
Telephone: (415) 391-9476
10 | Fax: (415) 391-9432

11 | Attorneys for Plaintiffs
ALEX GALVEZ and MARC GARVEY, on behalf
12 | of all others similarly situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEX GALVEZ, an individual, and MARC GARVEY, an individual, and on behalf of all other similarly situated,<br><br>　　　Plaintiffs,<br><br>v.<br><br>FEDERAL EXPRESS INC., a Delaware Corporation, and DOES 1-500, inclusive,<br><br>　　　Defendants. | Case No. C 07-02505 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER TO FILE THIRD AMENDED COMPLAINT**<br><br><br>Hon. Thelton E. Henderson |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 15(a)(2), the parties to this action, through their respective counsel of record, stipulate to the filing of a Third Amended Complaint, as follows:

WHEREAS, there is an action pending in the United States District Court for the Central District, captioned <u>Lauderdale v. Federal Express Corporation</u>, 2:11-cv-00902-DSF-PJW;

WHEREAS, the parties have agreed to add Cedric Lauderdale, the named representative Plaintiff in <u>Lauderdale v. Federal Express Corporation</u>, as a named representative Plaintiff to this case;

WHEREAS, the parties have further agreed to amend the Second Amended Complaint in this action to add the claims alleged in the <u>Lauderdale</u> action;

WHEREAS, the parties have further agreed to amend the Second Amended Complaint to add Cedric Lauderdale's current counsel, Initiative Legal Group, to the caption;

WHEREAS, upon the filing of a Third Amended Complaint, the <u>Lauderdale</u> action will be dismissed;

WHEREAS, Plaintiffs' counsel is filing concurrent with this stipulation, a Motion to Withdraw as Counsel For Plaintiff Alex Galvez and To Remove Alex Galvez as Class Representative;

WHEREAS, the parties also seek to amend the Second Amended Complaint to remove Alex Galvez as a named representative in this action;

WHEREAS, the parties also stipulate to correcting the Defendant's name in the caption and in the body of the Second Amended Complaint, now erroneously listed as Federal Express, Inc., to its proper name, Federal Express Corporation;

WHEREAS, because the sole purpose of this Stipulation is to effectuate a contemplated global settlement, the parties agree that Defendant need not file an answer or other responsive pleading to the Third Amended Complaint unless preliminary or final approval of the settlement is not granted. The parties agree that Defendant shall have 30 days after the entry of any order denying preliminary or final approval to file an answer or other responsive pleading;

1  WHEREAS, the parties agree that by stipulating to the filing of the Third Amended
2  Complaint, Defendant does not concede the accuracy or veracity of any of the allegations therein
3  and reserves its right to challenge the Third Amended Complaint in part or in its entirety in the
4  event the contemplated global settlement does not receive final approval.

5  ACCORDINGLY, IT IS HEREBY STIPULATED THAT the parties may file a Third
6  Amended Complaint.

7

8  DATED: May 7, 2012                    **LAW OFFICES OF DANIEL FEDER**

9                                       **KERR & WAGSTAFFE LLP**

10

11                                       By   /s Michael von Loewenfeldt
                                              MICHAEL VON LOEWENFELDT
12

13                                       Attorneys for Plaintiffs
                                         ALEX GALVEZ and MARC GARVEY, on behalf
14                                       of all others similarly situated

15
    DATED: May 7, 2012                   **FEDERAL EXPRESS CORPORATION**
16

17                                       By   /s Sandra C. Isom
                                              SANDRA C. ISOM
18

19                                       Attorneys for Defendant
                                         FEDERAL EXPRESS CORPORATION
20

21

22

23

24

25

26

27

28



Case No. C 07-02505 TEH              2              STIPULATION AND [PROPOSED] ORDER

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT a Third Amended Complaint may be filed.

IT IS SO ORDERED.

DATED: _____          _____
                                THELTON E. HENDERSON, JUDGE
                                UNITED STATES DISTRICT COURT

1  I, Michael von Loewenfeldt, am the ECF User whose ID and password are being used to
2  file this Stipulation and [Proposed] Order to File Third Amended Complaint.  In compliance with
3  General Order 45, X.B., I hereby attest that Sandra C. Isom, Counsel for Defendant, has
4  concurred in this filing.

6  DATED:  May 7, 2012　　　　　　　　　　　　**KERR & WAGSTAFFE LLP**

8  　　　　　　　　　　　　　　　　　　By   /s Michael von Loewenfeldt_____
　　　　　　　　　　　　　　　　　　　　　MICHAEL VON LOEWENFELDT