UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX GALVEZ, an individual, and MARC GARVEY, an individual, and on behalf of all other similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>FEDERAL EXPRESS INC., a Delaware Corporation, and DOES 1-500, inclusive,<br><br>    Defendants. | Case No. C07-02505 TEH<br><br>[~~PROPOSED~~] **ORDER ON REQUEST FOR TELEPHONIC APPEARANCE** |

PURSUANT TO DEFENDANT'S request to appear telephonically for the hearing on the motion to withdraw as counsel and remove Alex Galvez as class representative, IT IS SO ORDERED.

Defendant may appear telephonically and shall initiate the phone call to the Court.

SIGNED this 9th day of May, 2012.

_____
United States
HONORABLE *Judge Thelton E. Henderson* ERSON

PROPOSED ORDER ON REQUEST FOR TELEPHONIC APPEARANCE – 07-2505 TEH

1