MICHAEL VON LOEWENFELDT (178665)
E-mail: mvl@kerrwagstaffe.com
MICHAEL NG (237915)
E-mail: mng@kerrwagstaffe.com
CHEROKEE D.M. MELTON (243265)
E-mail: melton@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

DANIEL L. FEDER (130867)
E-mail: danfeder@pacbell.net
**LAW OFFICES OF DANIEL FEDER**
807 Montgomery Street
San Francisco, CA 94133
Telephone: (415) 391-9476
Fax: (415) 391-9432

Attorneys for Plaintiffs
ALEX GALVEZ and MARC GARVEY, on behalf
of all others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX GALVEZ, an individual, and MARC GARVEY, an individual, and on behalf of all other similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>FEDERAL EXPRESS INC., a Delaware Corporation, and DOES 1-500, inclusive,<br><br>  Defendants. | Case No. C 07-02505 TEH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO FILE THIRD AMENDED COMPLAINT**<br><br>Hon. Thelton E. Henderson |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 15(a)(2), the parties to this action, through their respective counsel of record, stipulate to the filing of a Third Amended Complaint, as follows:

WHEREAS, there is an action pending in the United States District Court for the Central District, captioned <u>Lauderdale v. Federal Express Corporation</u>, 2:11-cv-00902-DSF-PJW;

WHEREAS, the parties have agreed to add Cedric Lauderdale, the named representative Plaintiff in <u>Lauderdale v. Federal Express Corporation</u>, as a named representative Plaintiff to this case;

WHEREAS, the parties have further agreed to amend the Second Amended Complaint in this action to add the claims alleged in the <u>Lauderdale</u> action;

WHEREAS, the parties have further agreed to amend the Second Amended Complaint to add Cedric Lauderdale's current counsel, Initiative Legal Group, to the caption;

WHEREAS, upon the filing of a Third Amended Complaint, the <u>Lauderdale</u> action will be dismissed;

WHEREAS, Plaintiffs' counsel is filing concurrent with this stipulation, a Motion to Withdraw as Counsel For Plaintiff Alex Galvez and To Remove Alex Galvez as Class Representative;

WHEREAS, the parties also seek to amend the Second Amended Complaint to remove Alex Galvez as a named representative in this action;

WHEREAS, the parties also stipulate to correcting the Defendant's name in the caption and in the body of the Second Amended Complaint, now erroneously listed as Federal Express, Inc., to its proper name, Federal Express Corporation;

WHEREAS, because the sole purpose of this Stipulation is to effectuate a contemplated global settlement, the parties agree that Defendant need not file an answer or other responsive pleading to the Third Amended Complaint unless preliminary or final approval of the settlement is not granted.  The parties agree that Defendant shall have 30 days after the entry of any order denying preliminary or final approval to file an answer or other responsive pleading;

1   WHEREAS, the parties agree that by stipulating to the filing of the Third Amended
2   Complaint, Defendant does not concede the accuracy or veracity of any of the allegations therein
3   and reserves its right to challenge the Third Amended Complaint in part or in its entirety in the
4   event the contemplated global settlement does not receive final approval.

5   ACCORDINGLY, IT IS HEREBY STIPULATED THAT the parties may file a Third
6   Amended Complaint.

8   DATED: May 7, 2012                    **LAW OFFICES OF DANIEL FEDER**

9                                          **KERR & WAGSTAFFE LLP**

11                                         By   /s Michael von Loewenfeldt
                                                MICHAEL VON LOEWENFELDT

13                                         Attorneys for Plaintiffs
                                           ALEX GALVEZ and MARC GARVEY, on behalf
14                                         of all others similarly situated

15  DATED: May 7, 2012                    **FEDERAL EXPRESS CORPORATION**

17                                         By   /s Sandra C. Isom
18                                              SANDRA C. ISOM

19                                         Attorneys for Defendant
                                           FEDERAL EXPRESS CORPORATION

1 [PROPOSED] ORDER

2 PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT a Third Amended
3 Complaint may be filed.
4 IT IS SO ORDERED.

6 DATED: 06/11/2012

THE HONORABLE THELTON E. HENDERSON
UNITED STATES DISTRICT COURT

